**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS and GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS, 12501 Old Columbia Pike Silver Spring, Maryland 20904-6600, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. _____ |
| v. | ) ) | |
| TRINIDAD ADVENTIST CHURCH a/k/a TRINIDAD SEVENTH-DAY ADVENT CHURCH, 1201 Staples Street NE Washington, DC 20002, | ) ) ) ) ) ) | |
| Defendant. | ) | |

## COMPLAINT

This is an action for trademark infringement, trademark dilution, and unfair competition under the Lanham Act; and unfair competition under the District of Columbia common law.

Plaintiffs General Conference Corporation of Seventh-Day Adventists and General Conference of Seventh-day Adventists ("Plaintiffs") are seeking a permanent injunction, damages, profits, treble damages or profits, attorneys' fees, and costs. Plaintiffs, appearing through their undersigned counsel, allege as follows:

### PARTIES

1.    Plaintiff General Conference Corporation of Seventh-day Adventists is a corporation organized under the laws of the District of Columbia, and has its principal place of business at 12501 Old Columbia Pike, Silver Spring, Maryland 20904-6600. Plaintiff General Conference of Seventh-day Adventists is an unincorporated association.

2.      Upon information and belief, Defendant Trinidad Adventist Church a/k/a Trinidad Seventh-Day Advent Church ("Defendant") has its principal place of business at 1201 Staples Street NE, Washington, DC   20002.

## JURISDICTION AND VENUE

3.      This is a claim for damages and injunctive relief for trademark infringement, trademark dilution, and unfair competition under the Lanham Act, 15 U.S.C. § 1051,et seq., unfair competition under District of Columbia common law, and violation of the District of Columbia Consumer Protection Procedures Act, D.C. Code Ann. § 28-3901 et seq.

4.      The Court has subject matter jurisdiction over this action pursuant to the Lanham Act, 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331 and 1338.  This court has pendant jurisdiction over Plaintiffs' claims under District of Columbia law pursuant to 28 U.S.C. § 1338(b).

5.      Venue is proper in this judicial district under 28 U.S.C. § 1391(b) because Defendant is located within this judicial district, transacts business within this district, and the acts complained of herein that have caused and are continuing to cause injury to Plaintiffs have occurred and are continuing to occur within this district.

## PLAINTIFFS' ADVENTIST MARKS

6.      Plaintiff General Conference Corporation of Seventh-day Adventists is the corporate entity established by the Seventh-day Adventist Church ("the Church") to hold title to the Church's assets (including trademarks) and to serve the Church in carrying out its purposes. Plaintiff General Conference of Seventh-day Adventists is an association that represents the interests of the Church.  The Church was founded in 1860 and today is a global organization of over 60,000 member churches with over fifteen (15) million members worldwide.

7.      Plaintiff General Conference Corporation of Seventh-day Adventists is the owner of the marks ADVENTIST, SEVENTH DAY ADVENTIST, and numerous other marks consisting of or comprising ADVENTIST (hereinafter referred to collectively as "Plaintiffs' ADVENTIST Marks").  Plaintiffs have used the ADVENTIST marks to identify and distinguish

their goods and services since at least as early as 1860.   Plaintiff General Conference

Corporation of Seventh-day Adventists is the owner of the following federal trademark and

service mark registrations for Plaintiffs' ADVENTIST Marks:

| Registration No. | Mark | Goods/Services |
| --- | --- | --- |
| 1,176,153 | ADVENTIST | (Int'l Class: 16) Religious books, magazines, pamphlets, newsletters, brochures, encyclopedias, dictionaries, commentaries, fliers, bulletins, booklets and bibles<br>(Int'l Class: 36) Establishment and administration of employee health care and benefit programs and medical insurance programs<br>(Int'l Class: 41) Film production and distribution services<br>(Int'l Class: 42) Health care services-namely, hospital, dental, pharmaceutical, nursing home, and medical laboratory services |
| 1,218,657 | ADVENTIST | (Int'l Class: 41) Educational instruction services in academics at grade school, high school and college levels<br>(Int'l Class: 42) Religious observances and missionary services |
| 2,651,619 | ADVENTIST BOOK CENTER | (Int'l Class: 35) Retail and discount store services, mail-order services, and on-line retail store services featuring sheet music; adult and children's religious, biblical, historical, health, biographical, fiction, devotional, contemporary, reference and secular books, magazines, periodicals and pamphlets and sundries; electronic books featuring religious, biblical, historical, health, biographical, fiction, devotional, contemporary, reference and secular subjects recorded on cd-roms; prerecorded videocassettes, audiocassettes and cd-roms featuring music and biblical and religious subjects; and prerecorded audiotapes and cassettes featuring religious, biblical, historical, health, biographical, fiction, devotional, contemporary, reference and secular subjects |
| 2,083,124 | ADVENTIST COMMUNITY SERVICES | (Int'l Class: 42) Providing charitable services to the victims of disaster, namely, emergency distribution of food, clothing, water, tools and the like; meal preparation and distribution; |

| Registration No. | Mark | Goods/Services |
|---|---|---|
| | | disaster child care; loaning personnel and door-to-door counseling in the fields of religion and disaster relief services |
| 2,337,236 | ADVENTIST COMMUNITY SERVICES and Design  | (Int'l Class: 42) Providing charitable services to victims of disaster, namely, emergency distribution of food, clothing, water, and tools; supplying meals to victims of disasters, the homeless and underprivileged; disaster child care; door-to-door counseling in the fields of religion and disaster relief services |
| 2,087,493 | ADVENTIST HEALTH (Stylized)  | (Int'l Class: 16) Bulletins, books, booklets, magazines, newsletters and pamphlets in the field of health and medical care<br>(Int'l Class: 35) Hospital administration services<br>(Int'l Class: 36) Establishment and administration of employee health care and benefits programs and medical insurance programs<br>(Int'l Class: 42) Health care services, namely, hospital, dentistry, pharmacies, nursing home, and medical laboratory services; consulting services to hospitals, physicians and others in the health and medical fields |
| 1,172,224 | ADVENTIST HEALTH SYSTEM | (Int'l Class: 16) Bulletins, books, booklets, magazines, newsletters and pamphlets in the field of health and medical care<br>(Int'l Class: 35) Hospital administration services<br>(Int'l Class: 36) Establishment and administration of employee health care and benefits programs and medical insurance programs<br>(Int'l Class: 42) Health care services-namely, hospital, dental, pharmaceutical, nursing home, and medical laboratory services; consulting services to hospitals, physicians and others in the health and medical fields |
| 2,214,034 | ADVENTIST HEALTHCARE | (Int'l Class: 42) Providing health care services |
| 1,365,085 | ADVENTIST | (Int'l Class: 42) Seventh-day adventist |

4

| Registration No. | Mark | Goods/Services |
|---|---|---|
| | INFORMATION MINISTRY | evangelistic outreach through the dissemination of written and/or oral information or counseling referrals in response to telephone or written inquiries |
| 2,662,705 | ADVENTIST LAWYER | (Int'l Class: 16) Legal journal containing articles of interest to seventh-day adventist lawyers, christian lawyers and members of the legal profession in general; and a legal directory of seventh-day adventist lawyers worldwide |
| 1,952,067 | ADVENTIST NEWS NETWORK | (Int'l Class: 16) Publications, namely newsletters in the field of religion<br>(Int'l Class: 42) News agencies, namely gathering and disseminating news |
| 3,025,498 | ADVENTIST NEWSLINE | (Int'l Class: 38) Television broadcasting services<br>(Int'l Class: 41) Production and distribution of internet programs for others in the nature of current news programs |
| 1,851,435 | ADVENTIST REVIEW | (Int'l Class: 16) Magazines containing general feature articles, news, information and stories in the field of religious, social, ethical, political and general topics, issues and concerns |
| 2,062,417 | ADVENTIST RISK MANAGEMENT | (Int'l Class: 36) Risk management |
| 2,841,974 | ADVENTIST TELEVISION NETWORK | (Int'l Class: 9) Prerecorded video and audio tapes, cd's and dvd's in the fields of evangelism, education, training, lifestyle, inspirational home and church delivery programming and the communication of the adventist message and values<br>(Int'l Class: 38) Broadcasting and rebroadcasting via the internet, television, cable television, and satellite in the fields of evangelism, education, training, lifestyle, inspirational home and church delivery programming and the communication of the adventist message and values |
| 2,982,670 | ADVENTIST WHOLEHEALTH NETWORK | (Int'l Class: 41) Educational services, namely, conducting workshops, seminars, programs and classes featuring the promotion of health and wellness through health education and physician intervention directed to the prevention and treatment of chronic diseases and conditions; conducting not-for-profit group and corporate wellness educational programs and distributing publications associated therewith<br>(Int'l Class: 44) Healthcare services, namely, |

| Registration No. | Mark | Goods/Services |
|---|---|---|
| | | providing managed healthcare services, health screening and diagnostic care, providing health assessments in the nature of medical evaluations of patients, medical testing of the health status of patients, physician house call services, providing individual and family primary care, nutritional counseling, osteopathic manual therapy and massage therapy, providing in-home immunizations, medical diagnostic studies, coumadin therapy monitoring, wound care, circulation therapy and in-home ultrasound and x-ray; and providing self-scoring wellness assessments, blood pressure, body mass index, body fat composition, grip strength and carbon monoxide levels |
| 3,182,406 | ADVENTIST WORLD<br><br>ADVENTIST WORLD | (Int'l Class: 16) Magazines containing general feature articles, news, information and stories in the field of religious, social, ethical, political and general topics, issues and concerns |
| 1,944,937 | ADVENTIST WORLD RADIO | (Int'l Class: 38) Radio broadcasting services |
| 2,083,088 | ADVENTIST YOUTH SERVICE NETWORK | (Int'l Class: 42) Church-related, youth volunteer services, namely, ministerial and missionary services |
| 3,214,509 | ADVENTIST-LAYMEN'S SERVICES AND INDUSTRIES<br><br>ADVENTIST-LAYMEN'S SERVICES AND INDUSTRIES | (Int'l Class: 41) Conducting seminars in the field of christian and evangelical outreach<br>(Int'l Class: 45) Evangelistic ministerial services, namely, providing christian and evangelical outreach programs |
| 1,171,760 | GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS | (Int'l Class: 42) Church services-namely, rendering ministerial and religious counseling services |
| 1,177,185 | SEVENTH-DAY ADVENTIST | (Int'l Class: 16) Religious books, magazines, pamphlets, newsletters, brochures, encyclopedias, dictionaries, commentaries, fliers, bulletins, yearbooks, booklets and bibles<br>(Int'l Class: 36) Establishment and administration of employee health care and benefit programs and medical insurance programs<br>(Int'l Class: 41) Educational instruction services in academics at grade school, high school and college level; film production and distribution services |

| Registration No. | Mark | Goods/Services |
|---|---|---|
| | | (Int'l Class: 42) Health care services-namely, hospital, dental, pharmaceutical, nursing home, and medical laboratory services; conducting religious observances and missionary services |
| 3,000,051 | THE JOURNAL OF ADVENTIST EDUCATION | (Int'l Class: 16) Magazines directed to educational subjects from k through graduate studies |

Copies of the Certificates of Registration for these marks are attached as Exhibit 1. The goods and services covered by these registrations are hereinafter referred to collectively as "Plaintiffs' Goods and Services."

10.    Plaintiffs' ADVENTIST Marks are inherently distinctive.

11.    As a result of the extensive promotion of Plaintiffs' ADVENTIST Marks, Plaintiffs' ADVENTIST Marks have achieved secondary meaning in the United States among the general public identifying Plaintiffs as the sole source of goods and services provided under the ADVENTIST Marks.

12.    As a result of Plaintiffs' longtime and continuous use of Plaintiffs' ADVENTIST Marks, the extensive nationwide advertising and promotion of Plaintiffs' ADVENTIST Marks, the extensive unsolicited media coverage of Plaintiffs' ADVENTIST Marks, and other factors, Plaintiffs' ADVENTIST Marks have become famous among the general public of the United States.

13.    Plaintiffs have developed substantial goodwill in Plaintiffs' ADVENTIST Marks and they are a business asset of immense value to Plaintiffs. Consumers associate Plaintiffs' ADVENTIST Marks with goods and services of high quality.

14.    Plaintiffs have actively and consistently policed Plaintiffs' ADVENTIST Marks in the past, by demanding that third party users of similar marks cease and desist such use and by pursuing legal remedies where necessary.

**DEFENDANT'S "TRINIDAD ADVENTIST CHURCH" AND "TRINIDAD SEVENTH-DAY ADVENT CHURCH" NAMES AND MARKS**

15.     Upon information and belief, Defendant is in the business of offering and providing church services, ministerial services, and other religious services under the name "Trinidad Adventist Church."

16.     Defendant is identified as "Trinidad Adventist Church" in numerous online directories, including but not limited to the Washington Post Yellow Pages, yellowpagecity.com, allpages.com, local.com, yellowbot.com, and openlist.com.  Copies of these directory listings are attached as Exhibit 2.

17.     Upon information and belief, Defendant is also using the name and mark "Trinidad Seventh-Day Advent Church."

18.     On or about March 28, 2007, Plaintiff General Conference Corporation of Seventh-day Adventists sent a letter to Defendant advising Defendant of Plaintiffs' rights in the ADVENTIST Marks and demanding that Defendant cease identifying itself as "Trinidad Adventist Church" or any other name containing the ADVENTIST Mark (Exhibit 3).  Plaintiffs followed this letter with another letter repeating these demands on or about May 8, 2007 (Exhibit 4).

19.     On or about June 5, 2007, Jonathan Windle, an attorney claiming to represent Trinidad Adventist Church, telephoned Dionne Parker, Plaintiff General Conference Corporation of Seventh-day Adventists' Associate General Counsel, and stated that Trinidad Adventist Church was willing to comply with Plaintiffs' demands, but that his client needed additional time to meet these demands.  Ms. Parker sent an e-mail to Mr. Windle confirming this conversation. Mr. Windle then sent Ms. Parker an e-mail on June 19, 2007, stating that he was unfamiliar with trademark and copyright issues and had referred the matter to Mr. John Harman of Coggins, Harman and Hewitt (Exhibit 5).

20.     On July 11, 2007, Mr. Harman wrote to Ms. Parker and alleged that his client was not using and had never used any name containing the ADVENTIST Mark (Exhibit 6).  Mr. Harman stated that the proper name of his client was "Trinidad Seventh-Day Advent Church," and that any listings identifying his client as "Trinidad Adventist Church" were the result of

8

"inadvertence or clerical error."  Mr. Harman also stated that his client would take appropriate steps to ensure that all records would be corrected to reflect the correct name of his client.

21.     On July 19, 2007, Ms. Parker sent a letter to Mr. Harman stating that his assertions were incorrect and attaching evidence that his client had consistently been identified as "Trinidad Adventist Church" (Exhibit 7).  Ms. Parker also advised Mr. Harman that even if his client was using the name "Trinidad Seventh-Day Advent Church," this name still infringed Plaintiffs' rights in its ADVENTIST Marks.  Mr. Harman did not respond to this letter.

22.     On or about July 24, 2008, Plaintiffs' counsel sent a follow-up letter to Mr. Harman again demanding that Defendant stop using the names "Trinidad Adventist Church" and/or "Trinidad Seventh-Day Advent Church" (Exhibit 8).  Again, Mr. Harman did not respond to this letter.

23.     Upon information and belief, Defendant is continuing to use the "Trinidad Adventist Church" name and mark in commerce, even after the numerous objections by Plaintiffs and Plaintiffs' counsel.

24.     Upon information and belief, Defendant adopted the "Trinidad Adventist Church" mark with knowledge of Plaintiffs' ADVENTIST Marks.

25.     Upon information and belief, Defendant intentionally chose to use, and is continuing to use, the "Trinidad Adventist Church" name and mark in order to capitalize on the goodwill associated with Plaintiffs' ADVENTIST Marks.

26.     Upon information and belief, Defendant adopted the "Trinidad Seventh-Day Advent Church" mark with knowledge of Plaintiffs' ADVENTIST Marks.

27.     Upon information and belief, Defendant intentionally chose to use, and may currently be using, the "Trinidad Seventh-Day Advent Church" name and mark in order to capitalize on the goodwill associated with Plaintiffs' ADVENTIST Marks.

## COUNT I - INFRINGEMENT UNDER THE LANHAM ACT,
### 15 U.S.C. § 1114

28.     Plaintiff repeats and realleges Paragraphs 1 through 27 herein.

29.    Upon information and belief, Defendant adopted and is using the names and marks "Trinidad Adventist Church" and/or "Trinidad Seventh-Day Advent Church" in connection with its services and is advertising and promoting to the general public its services in connection with the said names and marks, which are confusingly similar to Plaintiffs' ADVENTIST Marks.

30.    Upon information and belief, Defendant has offered and provided its services in connection with the "Trinidad Adventist Church" and/or "Trinidad Seventh-Day Advent Church" names and marks in interstate commerce.

31.    As a direct consequence of Defendant's actions, Plaintiffs' customers and the public are likely to be, and have been, deceived or confused as to the source, origin, sponsorship and/or endorsement of Defendant's services and their relationship to Plaintiffs.

32.    Upon information and belief, Defendant's purpose in adopting and using the "Trinidad Adventist Church" and/or "Trinidad Seventh-Day Advent Church" names and marks was and is to deceive, mislead and confuse customers and the public into believing that Plaintiffs were and are the source of Defendant's services, or that the services offered in connection with said names and marks are sponsored by, licensed by, or associated with Plaintiffs, so as to trade on the substantial fame, reputation and goodwill enjoyed by Plaintiffs in connection with Plaintiffs' ADVENTIST Marks.

33.    Defendant's unlawful acts constitute trademark infringement in violation of the Lanham Act, 15 U.S.C. § 1114.

34.    By reason of Defendant's unlawful acts and practices in violation of the Lanham Act, Plaintiffs have suffered, and will continue to suffer damage to its business, reputation and goodwill, for which Plaintiffs are entitled to injunctive, monetary and other relief, and will continue to suffer irreparable harm which is not fully compensable by money damages.

### COUNT II - UNFAIR COMPETITION UNDER THE LANHAM ACT, 15 U.S.C. § 1125(a)

35.    Plaintiffs repeat and reallege paragraphs 1 through 34 herein.

36.     Plaintiffs' use of Plaintiffs' ADVENTIST Marks in connection with its goods and services since at least as early as 1860 has established in the minds of consumers an association between Plaintiffs' ADVENTIST Marks and Plaintiffs as the source of the goods and services. Plaintiffs' ADVENTIST Marks are inherently distinctive and have secondary meaning as an identification of the source of Plaintiffs' Goods and Services.

37.     Without Plaintiffs' permission, Defendant adopted and has begun using the names and marks "Trinidad Adventist Church" and/or "Trinidad Seventh-Day Advent Church" in connection with its services, and is promoting to the general public its services in connection with the marks "Trinidad Adventist Church" and/or "Trinidad Seventh-Day Advent Church," which are confusingly similar to Plaintiffs' ADVENTIST Marks.

38.     Upon information and belief, Defendant has offered and provided its services in connection with the "Trinidad Adventist Church" and/or "Trinidad Seventh-Day Advent Church" names and marks in interstate commerce.

39.     As a direct consequence of Defendant's actions, Plaintiffs' customers and potential customers are likely to be, and have been, deceived or confused into believing that the Defendant's services are authorized by, licensed by, or otherwise associated with Plaintiffs.

40.     Upon information and belief, Defendant's purpose in adopting and using its "Trinidad Adventist Church" and/or "Trinidad Seventh-Day Advent Church" names and marks was and is to deceive, mislead and confuse customers and the public into believing that Plaintiffs were and are the source of Defendant's services, or that the Defendant's services are authorized by, licensed by, or otherwise associated with Plaintiffs, so as to enable Defendant to take advantage of Plaintiffs' ADVENTIST Marks and the substantial fame, reputation and goodwill enjoyed by Plaintiffs therein.

41.     Defendant's use of the names and marks "Trinidad Adventist Church" and/or "Trinidad Seventh-Day Advent Church" constitutes false representation as to source in violation of the Lanham Act, 15 U.S.C. § 1125(a).

42.     By reason of Defendant's unlawful acts and practices, Plaintiffs have suffered, and will continue to suffer damage to its business, reputation and goodwill, for which Plaintiffs

11

are entitled to injunctive relief and an award of damages, and will continue to suffer irreparable harm which is not fully compensable by money damages.

## COUNT III - UNFAIR COMPETITION UNDER
## DISTRICT OF COLUMBIA LAW

43.     Plaintiffs repeat and reallege paragraphs 1 – 42 herein.

44.     Defendant's use of the names and marks "Trinidad Adventist Church" and/or "Trinidad Seventh-Day Advent Church" is likely to mislead and confuse consumers into believing that Defendant's services are provided by Plaintiffs, or that Defendant's services are licensed by, sponsored by, or otherwise associated with Plaintiffs, when in fact they are not.

45.     Defendant's use of the names and marks "Trinidad Adventist Church" and/or "Trinidad Seventh-Day Advent Church" constitutes unfair competition and false designation of source in violation of the common law of the District of Columbia.

46.     By reason of Defendant's unlawful acts and practices, Plaintiffs have suffered, and will continue to suffer damage to its business, reputation and goodwill in violation of the common law of the District of Columbia, for which Plaintiffs are entitled to injunctive relief and an award of damages, and will continue to suffer irreparable harm which is not fully compensable by money damages.

## COUNT IV - DILUTION UNDER THE LANHAM ACT,
## 15 U.S.C. § 1125(c)

47.     Plaintiffs repeat and reallege paragraphs 1 through 46 herein.

48.     As a result of Plaintiffs' longtime use and extensive nationwide advertising and promotion of Plaintiffs' ADVENTIST Marks, extensive unsolicited media coverage of Plaintiffs' ADVENTIST Marks, and other factors, Plaintiffs' ADVENTIST Marks have become famous among the general public of the United States.

49.     Plaintiffs' ADVENTIST Marks became famous long before Defendant's first use of the "Trinidad Adventist Church" and/or "Trinidad Seventh-Day Advent Church" names and marks.

50.     Defendant uses the marks "Trinidad Adventist Church" and/or "Trinidad Seventh-Day Advent Church" in connection with its religious services which are offered and provided in the United States.

51.     Upon information and belief, Defendant's use of the marks "Trinidad Adventist Church" and/or "Trinidad Seventh-Day Advent Church" has been intentional and in bad faith, namely, with the intent to trade on Plaintiffs' reputation and with the intent to cause dilution of Plaintiffs' ADVENTIST Marks.

52.     Defendant's use of the "Trinidad Adventist Church" and/or "Trinidad Seventh-Day Advent Church" names and marks has caused and is likely to continue to cause dilution of the distinctive quality of Plaintiffs' ADVENTIST Marks and is therefore in violation of the Lanham Act, 15 U.S.C. § 1125(c).

53.     By reason of Defendant's unlawful acts and practices, Plaintiffs have suffered and will continue to suffer damage to its business, reputation and goodwill, for which Plaintiffs are entitled to injunctive relief.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs pray that this Court enter judgment in its favor and grant the following relief:

A.     An injunction enjoining Defendant and its officers, directors, employees, subsidiaries or affiliates from using any mark, trade name or source identifier, which is confusingly similar to Plaintiffs' ADVENTIST Marks, including but not limited to the names "Trinidad Adventist Church" and "Trinidad Seventh-Day Advent Church";

B.     An injunction enjoining Defendant from providing, offering, advertising or promoting in any way any of its services that infringe upon Plaintiffs' ADVENTIST Marks;

C.     That Plaintiffs be awarded their actual damages in an amount to be proven at trial;

D.     That Defendant be required to account for any revenues attributable to its infringing acts;

E.     That Plaintiffs be awarded three times any damages sustained by Plaintiffs, and prejudgment interest;

F.     That punitive damages be awarded to Plaintiffs;

G.    That all products, labels, signs, prints, packages, brochures, and advertising and promotional materials in the possession of Defendant bearing Defendant's "Trinidad Adventist Church" and/or "Trinidad Seventh-Day Advent Church" names and/or marks, or any word, term, name, symbol, device, combination thereof, designation, description, or representation that is found in violation of the Lanham Act, or any reproduction, counterfeit, copy, or colorable imitation thereof, and all plates, molds, matrices, and other means of making the same, shall be delivered up by Defendant and destroyed;

H.    That pursuant to 15 U.S.C. § 1116, Defendant file and serve a report under oath within thirty days of the issuance of injunctive relief indicating the manner in which it has complied with any injunctive relief ordered by the Court;

I.    That Plaintiffs be awarded reasonable attorney fees in prosecuting this action; and

J.    That Plaintiffs be granted such other and further relief which the Court deems just and proper.

Respectfully submitted,

GENERAL CONFERENCE CORPORATION OF
SEVENTH-DAY ADVENTISTS
and
GENERAL CONFERENCE OF SEVENTH-DAY
ADVENTISTS

By:_____
Bassam N. Ibrahim (D.C. Bar # 415502)
S. Lloyd Smith (D.C. Bar # 454606)
Bryce J. Maynard
BUCHANAN INGERSOLL & ROONEY PC
1737 King St.
Suite 500
Alexandria, Virginia  22314-2727
(703) 836-6620

OF COUNSEL:
John Korns (D.C. Bar # 142745)
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, N.W., Suite 300
Washington, DC  20006-3807
(202) 452-7900

Attorneys for Plaintiffs

Date: August 12, 2008

# EXHIBIT 1

Int. Cls.: 41 and 42

Prior U.S. Cls.: 100 and 107

**United States Patent and Trademark Office**

**Reg. No. 1,218,657**
Registered Nov. 30, 1982

## SERVICE MARK
### Principal Register

## ADVENTIST

The General Conference Corporation of Seventh-Day
Adventists (District of Columbia corporation)
6840 Eastern Ave., NW.
Washington, D.C. 20012

For: EDUCATIONAL INSTRUCTION SER-
VICES IN ACADEMICS AT GRADE SCHOOL,
HIGH SCHOOL AND COLLEGE LEVELS, in
CLASS 41 (U.S. Cl. 107).
First use 1894; in commerce 1894.
For: RELIGIOUS OBSERVANCES AND MIS-

SIONARY SERVICES, in CLASS 42 (U.S. Cl. 100).
First use 1860; in commerce 1860.
Owner of U.S. Reg. Nos. 1,171,760, 1,172,224,
1,176,153 and 1,177,185.
Sec. 2(f).

Ser. No. 312,118, filed May 22, 1981.

CARLISLE WALTERS, Examining Attorney

Int. Cls.: 16, 36, 41 and 42

Prior U.S. Cls.: 38, 100, 102 and 107

**United States Patent and Trademark Office**

Reg. No. 1,176,153
Registered Nov. 3, 1981

## TRADEMARK
## SERVICE MARK
### Principal Register

# ADVENTIST

The General Conference Corporation of Seventh-Day
  Adventists (District of Columbia corporation)
6840 Eastern Ave., NW.
Washington, D.C. 20012

For: RELIGIOUS BOOKS, MAGAZINES,
PAMPHLETS, NEWSLETTERS, BROCHURES,
ENCYCLOPEDIAS, DICTIONARIES, COMMEN-
TARIES, FLIERS, BULLETINS, BOOKLETS
AND BIBLES, in CLASS 16 (U.S. Cl. 38).
  First use 1861; in commerce 1861.
For: ESTABLISHMENT AND ADMINISTRA-
TION OF EMPLOYEE HEALTH CARE AND
BENEFIT PROGRAMS AND MEDICAL INSUR-
ANCE PROGRAMS, in CLASS 36 (U.S. Cl. 102).
  First use 1973; in commerce 1973.

For: FILM PRODUCTION AND DISTRIBU-
TION SERVICES, in CLASS 41 (U.S. Cl. 107).
  First use 1894; in commerce 1894.
For: HEALTH CARE SERVICES—NAMELY,
HOSPITAL, DENTAL, PHARMACEUTICAL,
NURSING HOME, AND MEDICAL LABORA-
TORY SERVICES, in CLASS 42 (U.S. Cl. 100).
  First use 1860; in commerce 1860.

Ser. No. 261,132, filed May 7, 1980.

MARTIN MARKS, Primary Examiner

BRUCE A. TASSAN, Examiner

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,651,619
Registered Nov. 19, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

# ADVENTIST BOOK CENTER

GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS (D.C. CORPORATION)
12501 OLD COLUMBIA PIKE
SILVER SPRING, MD 209046600

FOR: RETAIL AND DISCOUNT STORE SERVICES, MAIL-ORDER SERVICES, AND ON-LINE RETAIL STORE SERVICES FEATURING SHEET MUSIC; ADULT AND CHILDREN'S RELIGIOUS, BIBLICAL, HISTORICAL, HEALTH, BIOGRAPHICAL, FICTION, DEVOTIONAL, CONTEMPORARY, REFERENCE AND SECULAR BOOKS, MAGAZINES, PERIODICALS AND PAMPHLETS AND SUNDRIES; ELECTRONIC BOOKS FEATURING RELIGIOUS, BIBLICAL, HISTORICAL, HEALTH, BIOGRAPHICAL, FICTION, DEVOTIONAL, CONTEMPORARY, REFERENCE AND SECULAR SUBJECTS RECORDED ON CD-ROMS; PRERECORDED VIDEOCASSETTES, AUDIOCASSETTES AND CD-ROMS FEATURING MUSIC AND BIBLICAL AND RELIGIOUS SUBJECTS; AND PRERECORDED AUDIOTAPES AND CASSETTES FEATURING RELIGIOUS, BIBLICAL, HISTORICAL, HEALTH, BIOGRAPHICAL, FICTION, DEVOTIONAL, CONTEMPORARY, REFERENCE AND SECULAR SUBJECTS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-31-1972; IN COMMERCE 12-31-1972.

OWNER OF U.S. REG. NOS. 1,176,153 AND 1,218,657.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BOOK CENTER", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "ADVENTIST".

SER. NO. 76-306,577, FILED 8-29-2001.

CATHERINE CAIN, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,083,124

## United States Patent and Trademark Office

Registered July 29, 1997

### SERVICE MARK
### PRINCIPAL REGISTER

## ADVENTIST COMMUNITY SERVICES

GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS (D.C. CORPORATION)
12501 OLD COLUMBIA PIKE
SILVER SPRING, MD 209046600

FOR: PROVIDING CHARITABLE SERVICES TO THE VICTIMS OF DISASTER, NAMELY, EMERGENCY DISTRIBUTION OF FOOD, CLOTHING, WATER, TOOLS AND THE LIKE; MEAL PREPARATION AND DISTRIBUTION; DISASTER CHILD CARE; LOANING PERSONNEL AND DOOR-TO-DOOR COUNSELING IN THE FIELDS OF RELIGION AND DISASTER RELIEF SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 0–0–1950; IN COMMERCE 0–0–1950.

OWNER OF U.S. REG. NOS. 1,172,224, 1,851,435 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMMUNITY SERVICES", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "ADVENTIST".

SER. NO. 75–035,731, FILED 12–22–1995.

BARBARA GAYNOR, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,337,236

**United States Patent and Trademark Office**

Registered Apr. 4, 2000

## SERVICE MARK
### PRINCIPAL REGISTER



GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS (D.C. CORPORATION)
12501 OLD COLUMBIA PIKE
SILVER SPRING, MD 20904

FOR: PROVIDING CHARITABLE SERVICES TO VICTIMS OF DISASTER, NAMELY, EMERGENCY DISTRIBUTION OF FOOD, CLOTHING, WATER, AND TOOLS; SUPPLYING MEALS TO VICTIMS OF DISASTERS, THE HOMELESS AND UNDERPRIVILEGED; DISASTER CHILD CARE; DOOR-TO-DOOR COUNSELING IN THE FIELDS OF RELIGION AND DISASTER RELIEF SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-0-1992; IN COMMERCE 1-0-1992.

OWNER OF U.S. REG. NOS. 1,172,224, 1,851,435 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMMUNITY SERVICES", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "ADVENTIST".

SER. NO. 75–453,750, FILED 3–20–1998.

JENNIFER RICHARD, EXAMINING ATTORNEY

Int. Cls.: 16, 35, 36 and 42

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and 102

Reg. No. 2,087,493

## United States Patent and Trademark Office    Registered Aug. 12, 1997

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER



GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS (D.C. CORPORATION)
12501 OLD COLUMBIA PIKE
SILVER SPRING, MD 20904

FOR: BULLETINS, BOOKS, BOOKLETS, MAGAZINES, NEWSLETTERS AND PAMPHLETS IN THE FIELD OF HEALTH AND MEDICAL CARE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-15-1995; IN COMMERCE 10-15-1995.

FOR: HOSPITAL ADMINISTRATION SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-15-1995; IN COMMERCE 10-15-1995.

FOR: ESTABLISHMENT AND ADMINISTRATION OF EMPLOYEE HEALTH CARE AND BENEFITS PROGRAMS AND MEDICAL INSURANCE PROGRAMS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-15-1995; IN COMMERCE 10-15-1995.

FOR: HEALTH CARE SERVICES, NAMELY, HOSPITAL, DENTISTRY, PHARMACIES, NURSING HOME, AND MEDICAL LABORATORY SERVICES; CONSULTING SERVICES TO HOSPITALS, PHYSICIANS AND OTHERS IN THE HEALTH AND MEDICAL FIELDS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 10-15-1995; IN COMMERCE 10-15-1995.

OWNER OF U.S. REG. NOS. 1,172,224 AND 1,176,153.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HEALTH", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "ADVENTIST".

SER. NO. 75-139,240, FILED 7-24-1996.

BARBARA GAYNOR, EXAMINING ATTORNEY

Int. Cls.: 16, 35, 36 and 42

Prior U.S. Cls.: 38, 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 1,172,224
Registered Oct. 6, 1981

### TRADEMARK
### SERVICE MARK
**Principal Register**

## ADVENTIST HEALTH SYSTEM

The General Conference Corporation of Seventh-Day Adventists (District of Columbia corporation)
6840 Eastern Ave., NW.
Washington, D.C. 20012

For: BULLETINS, BOOKS, BOOKLETS, MAGAZINES, NEWSLETTERS AND PAMPHLETS IN THE FIELD OF HEALTH AND MEDICAL CARE, in CLASS 16 (U.S. Cl. 38).
First use Oct. 21, 1979; in commerce Oct. 21, 1979.
For: HOSPITAL ADMINISTRATION SERVICES, in CLASS 35 (U.S. Cl. 101).
First use Oct. 21, 1979; in commerce Oct. 21, 1979.
For: ESTABLISHMENT AND ADMINISTRATION OF EMPLOYEE HEALTH CARE AND BENEFITS PROGRAMS AND MEDICAL INSURANCE PROGRAMS, in CLASS 36 (U.S. Cl.

102).
First use Oct. 21, 1979; in commerce Oct. 21, 1979.
For: HEALTH CARE SERVICES—NAMELY, HOSPITAL, DENTAL, PHARMACEUTICAL, NURSING HOME, AND MEDICAL LABORATORY SERVICES; CONSULTING SERVICES TO HOSPITALS, PHYSICIANS AND OTHERS IN THE HEALTH AND MEDICAL FIELDS, in CLASS 42 (U.S. Cl. 100).
First use Oct. 21, 1979; in commerce Oct. 21, 1979.

Ser. No. 243,874, filed Dec. 26, 1979.

MARTIN MARKS, Primary Examiner

BRUCE A. TASSAN, Examiner

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,214,034

Registered Dec. 29, 1998

## SERVICE MARK
### PRINCIPAL REGISTER

# ADVENTIST HEALTHCARE

GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS (D.C. CORPORATION)
12501 OLD COLUMBIA PIKE
SILVER SPRING, MD 20904

FOR: PROVIDING HEALTH CARE SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-0-1996; IN COMMERCE 1-0-1996.

OWNER OF U.S. REG. NOS. 1,172,224, 1,176,153, AND 2,087,493.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HEALTHCARE", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "ADVENTIST".

SER. NO. 75-310,401, FILED 6-11-1997.

BARBARA GAYNOR, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cl.: 100

Reg. No. 1,365,085

United States Patent and Trademark Office    Registered Oct. 8, 1985

## SERVICE MARK
### SUPPLEMENTAL REGISTER

## ADVENTIST INFORMATION MINISTRY

GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY (D.C. CORPORATION)
6840 EASTERN AVE., N.W.
WASHINGTON, DC 20012 ASSIGNEE OF ANDREWS UNIVERSITY (MICHIGAN CORPORATION), DBA ADVENTIST INFORMATION MINISTRY, BERRIEN SPRINGS, MICHIGAN, MI 49104

FOR: SEVENTH-DAY ADVENTIST EVANGELISTIC OUTREACH THROUGH THE DISSEMINATION OF WRITTEN AND/OR ORAL INFORMATION OR COUNSELING REFERRALS IN RESPONSE TO TELEPHONE OR WRITTEN INQUIRIES, IN CLASS 42 (U.S. CL. 100).

FIRST USE 7–0–1982; IN COMMERCE 7–0–1982.

OWNER OF U.S. REG. NOS. 1,176,153 AND 1,218,657.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "INFORMATION MINISTRY", APART FROM THE MARK AS SHOWN.

SER. NO. 463,301, FILED P.R. 1–30–1984; AM. S.R. 5–22–1985.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,662,705

## United States Patent and Trademark Office

Registered Dec. 17, 2002

## TRADEMARK
## PRINCIPAL REGISTER

## ADVENTIST LAWYER

GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS (D.C. COR-PORATION)
12501 OLD COLUMBIA PIKE
SILVER SPRING, MD 209046600

FOR: LEGAL JOURNAL CONTAINING ARTI-CLES OF INTEREST TO SEVENTH-DAY ADVEN-TIST LAWYERS, CHRISTIAN LAWYERS AND MEMBERS OF THE LEGAL PROFESSION IN GEN-ERAL; AND A LEGAL DIRECTORY OF SEVENTH-DAY ADVENTIST LAWYERS WORLDWIDE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-1-2002; IN COMMERCE 3-1-2002.

OWNER OF U.S. REG. NOS. 1,176,153, 1,851,435 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LAWYER", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "ADVENTIST".

SER. NO. 76-346,519, FILED 12-10-2001.

CATHERINE CAIN, EXAMINING ATTORNEY

Int. Cls.: **16 and 42**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, 50, 100, and 101**

Reg. No. 1,952,067

**United States Patent and Trademark Office** Registered Jan. 23, 1996

## TRADEMARK
## SERVICE MARK
### SUPPLEMENTAL REGISTER

# ADVENTIST NEWS NETWORK

GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS (D.C. CORPORATION)
12501 OLD COLUMBIA PIKE
SILVER SPRING, MD 209046600

FOR: PUBLICATIONS, NAMELY NEWSLETTERS IN THE FIELD OF RELIGION, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 8–5–1994; IN COMMERCE 8–5–1994.
FOR: NEWS AGENCIES, NAMELY GATHERING AND DISSEMINATING NEWS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8–5–1994; IN COMMERCE 10–3–1994.

OWNER OF U.S. REG. NOS. 1,176,153, 1,218,657, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "NEWS NETWORK", APART FROM THE MARK AS SHOWN.

SER. NO. 74–642,116, FILED P.R. 3–6–1995; AM. S.R. 10–18–1995.

BRIAN WEBER, EXAMINING ATTORNEY

Int. Cls.: 38 and 41

Prior U.S. Cls.: 100, 101, 104 and 107

Reg. No. 3,025,498

## United States Patent and Trademark Office

Registered Dec. 13, 2005

### SERVICE MARK
### PRINCIPAL REGISTER

# ADVENTIST NEWSLINE

GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS (D.C. CORPORATION)
12501 OLD COLUMBIA PIKE
SILVER SPRING, MD 209046600

FOR: TELEVISION BROADCASTING SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 9-6-2002; IN COMMERCE 9-6-2002.

FOR: PRODUCTION AND DISTRIBUTION OF INTERNET PROGRAMS FOR OTHERS IN THE NATURE OF CURRENT NEWS PROGRAMS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-6-2002; IN COMMERCE 9-6-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,176,153, 1,944,937, AND 2,651,619.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE NEWSLINE, APART FROM THE MARK AS SHOWN.

SEC. 2(F) ADVENTIST .

SER. NO. 76-591,596, FILED 5-11-2004.

ZHALEH DELANEY, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,851,435
Registered Aug. 30, 1994

## TRADEMARK
## PRINCIPAL REGISTER

## ADVENTIST REVIEW

GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS (D.C. CORPORATION)
12501 OLD COLUMBIA PIKE
SILVER SPRING, MD 209046600

FOR: MAGAZINES CONTAINING GENERAL FEATURE ARTICLES, NEWS, INFORMATION AND STORIES IN THE FIELD OF RELIGIOUS, SOCIAL, ETHICAL, POLITICAL AND GENERAL TOPICS, ISSUES AND CONCERNS , IN CLASS 16 (U.S. CL. 38).

FIRST USE 1–5–1978; IN COMMERCE 1–5–1978.
OWNER OF U.S. REG. NOS. 1,172,224 AND 1,176,153.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "REVIEW", APART FROM THE MARK AS SHOWN.
SEC. 2(F) AS TO "ADVENTIST".

SER. NO. 74–348,882, FILED 1–15–1993.

BRIAN WEBER, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

Reg. No. 2,062,417

## United States Patent and Trademark Office

Registered May 13, 1997

## SERVICE MARK
### SUPPLEMENTAL REGISTER

## ADVENTIST RISK MANAGEMENT

GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS (D.C. CORPORATION)
12501 OLD COLUMBIA PIKE
SILVER SPRING, MD 209046600

FOR: RISK MANAGEMENT, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-0-1995; IN COMMERCE 6-0-1995.

OWNER OF U.S. REG. NOS. 1,176,153 AND 1,218,657.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "RISK MANAGEMENT", APART FROM THE MARK AS SHOWN.

SER. NO. 75-149,146, FILED P.R. 8-12-1996; AM. S.R. 2-12-1997.

BARBARA GAYNOR, EXAMINING ATTORNEY

Int. Cls.: 9 and 38

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, and 104

United States Patent and Trademark Office

Reg. No. 2,841,974

Registered May 11, 2004

## TRADEMARK
## SERVICE MARK
### SUPPLEMENTAL REGISTER

## ADVENTIST TELEVISION NETWORK

GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS (D.C. CORPORATION)
12501 OLD COLUMBIA PIKE
SILVER SPRING, MD 209046600

FOR: PRERECORDED VIDEO AND AUDIO TAPES, CD'S AND DVD'S IN THE FIELDS OF EVANGELISM, EDUCATION, TRAINING, LIFESTYLE, INSPIRATIONAL HOME AND CHURCH DELIVERY PROGRAMMING AND THE COMMUNICATION OF THE ADVENTIST MESSAGE AND VALUES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-0-2002; IN COMMERCE 10-0-2002.

FOR: BROADCASTING AND REBROADCASTING VIA THE INTERNET, TELEVISION, CABLE TELEVISION, AND SATELLITE IN THE FIELDS OF EVANGELISM, EDUCATION, TRAINING, LIFE-

STYLE, INSPIRATIONAL HOME AND CHURCH DELIVERY PROGRAMMING AND THE COMMUNICATION OF THE ADVENTIST MESSAGE AND VALUES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 10-0-2002; IN COMMERCE 10-0-2002.

OWNER OF U.S. REG. NOS. 1,365,085, 2,347,853, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE TELEVISION NETWORK, APART FROM THE MARK AS SHOWN.

SER. NO. 76-534,981, FILED P.R. 8-5-2003; AM. S.R. 2-19-2004.

NICHOLAS ALTREE, EXAMINING ATTORNEY

Int. Cls.: 41 and 44

Prior U.S. Cls.: 100, 101 and 107

Reg. No. 2,982,670

United States Patent and Trademark Office    Registered Aug. 9, 2005

## SERVICE MARK
## PRINCIPAL REGISTER

ADVENTIST WHOLEHEALTH NETWORK

GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS (D.C. CORPORATION)
12501 OLD COLUMBIA PIKE
SILVER SPRING, MD 209046600

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING WORKSHOPS, SEMINARS, PROGRAMS AND CLASSES FEATURING THE PROMOTION OF HEALTH AND WELLNESS THROUGH HEALTH EDUCATION AND PHYSICIAN INTERVENTION DIRECTED TO THE PREVENTION AND TREATMENT OF CHRONIC DISEASES AND CONDITIONS; CONDUCTING NOT-FOR-PROFIT GROUP AND CORPORATE WELLNESS EDUCATIONAL PROGRAMS AND DISTRIBUTING PUBLICATIONS ASSOCIATED THEREWITH, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-1-2002; IN COMMERCE 1-1-2002.

FOR: HEALTHCARE SERVICES, NAMELY, PROVIDING MANAGED HEALTHCARE SERVICES, HEALTH SCREENING AND DIAGNOSTIC CARE, PROVIDING HEALTH ASSESSMENTS IN THE NATURE OF MEDICAL EVALUATIONS OF PATIENTS, MEDICAL TESTING OF THE HEALTH STATUS OF PATIENTS, PHYSICIAN HOUSE CALL SERVICES, PROVIDING INDIVIDUAL AND FAMILY PRIMARY CARE, NUTRITIONAL COUNSELING, OSTEOPATHIC MANUAL THERAPY AND MASSAGE THERAPY, PROVIDING IN-HOME IMMUNIZATIONS, MEDICAL DIAGNOSTIC STUDIES, COUMADIN THERAPY MONITORING, WOUND CARE, CIRCULATION THERAPY AND IN-HOME ULTRASOUND AND X-RAY; AND PROVIDING SELF-SCORING WELLNESS ASSESSMENTS, BLOOD PRESSURE, BODY MASS INDEX, BODY FAT COMPOSITION, GRIP STRENGTH AND CARBON MONOXIDE LEVELS, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 1-1-2002; IN COMMERCE 1-1-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,172,224, 2,214,034 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE NETWORK, APART FROM THE MARK AS SHOWN.

SER. NO. 76-565,509, FILED 12-16-2003.

ANDREA SAUNDERS, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

United States Patent and Trademark Office

Reg. No. 3,182,406

Registered Dec. 12, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# ADVENTIST WORLD

GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS (D.C. CORPORATION)
12501 OLD COLUMBIA PIKE
SILVER SPRING, MD 20904

FOR: MAGAZINES CONTAINING GENERAL FEATURE ARTICLES, NEWS, INFORMATION AND STORIES IN THE FIELD OF RELIGIOUS, SOCIAL, ETHICAL, POLITICAL AND GENERAL TOPICS, ISSUES AND CONCERNS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-0-2005; IN COMMERCE 9-0-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,176,153, 1,944,937 AND OTHERS.

SER. NO. 76-653,855, FILED 1-23-2006.

DAVID MURRAY, EXAMINING ATTORNEY

Int. Cl.: 38

Prior U.S. Cl.: 104

Reg. No. 1,944,937

## United States Patent and Trademark Office

Registered Jan. 2, 1996

### SERVICE MARK
### PRINCIPAL REGISTER

## ADVENTIST WORLD RADIO

GENERAL CONFERENCE CORPORATION OF
  SEVENTH-DAY ADVENTISTS (D.C. CORPO-
  RATION)
12501 OLD COLUMBIA PIKE
SILVER SPRING, MD 20904

FOR: RADIO BROADCASTING SERVICES,
IN CLASS 38 (U.S. CL. 104).
FIRST USE 0-0-1985; IN COMMERCE
0-0-1985.

OWNER OF U.S. REG. NOS. 1,176,153 AND
1,218,657.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "WORLD RADIO", APART
FROM THE MARK AS SHOWN.
SEC. 2(F).

SER. NO. 74-470,081, FILED 12-15-1993.

CHRISIE B. KING, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,083,088

## United States Patent and Trademark Office

Registered July 29, 1997

## SERVICE MARK
### PRINCIPAL REGISTER

# ADVENTIST YOUTH SERVICE NETWORK

GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS (D.C. CORPORATION)
12501 OLD COLUMBIA PIKE
SILVER SPRING, MD 209046600

FOR: CHURCH-RELATED, YOUTH VOLUNTEER SERVICES, NAMELY, MINISTERIAL AND MISSIONARY SERVICES , IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1–29–1995; IN COMMERCE 4–25–1995.

OWNER OF U.S. REG. NOS. 1,176,153, 1,952,067 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "YOUTH SERVICE NETWORK", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "ADVENTIST".

SER. NO. 75–027,087, FILED 12–4–1995.

BARBARA GAYNOR, EXAMINING ATTORNEY

Int. Cls.: 41 and 45

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,214,509
Registered Mar. 6, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

ADVENTIST-LAYMEN'S SERVICES AND INDUSTRIES

GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS (D.C. CORPORATION)
12501 OLD COLUMBIA PIKE
SILVER SPRING, MD 209046600

FOR: CONDUCTING SEMINARS IN THE FIELD OF CHRISTIAN AND EVANGELICAL OUTREACH, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1979; IN COMMERCE 0-0-1979.

FOR: EVANGELISTIC MINISTERIAL SERVICES, NAMELY, PROVIDING CHRISTIAN AND EVANGELICAL OUTREACH PROGRAMS, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 0-0-1979; IN COMMERCE 0-0-1979.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,218,657, 2,982,670 AND OTHERS.

SEC. 2(F).

SER. NO. 76-640,306, FILED 6-7-2005.

MICHAEL SOUDERS, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cl.: 100

## United States Patent and Trademark Office

Reg. No. 1,171,760
Registered Sep. 29, 1981

### SERVICE MARK
**Principal Register**

## GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS

The General Conference Corporation of Seventh-Day
   Adventists (District of Columbia corporation)
6840 Eastern Ave., NW.
Washington, D.C. 20012

For: CHURCH SERVICES—NAMELY, REN-
DERING MINISTERIAL AND RELIGIOUS
COUNSELING SERVICES, in CLASS 42 (U.S. Cl.
100).
   First use 1963; in commerce 1963.

   Ser. No. 261,136, filed May 7, 1980.

MARTIN MARKS, Primary Examiner

BRUCE A. TASSAN, Examiner

Int. Cls.: 16, 36, 41 and 42

Prior U.S. Cls.: 38, 100, 102 and 107

## United States Patent and Trademark Office

Reg. No. 1,177,185
Registered Nov. 10, 1981

### TRADEMARK
### SERVICE MARK
**Principal Register**

# SEVENTH-DAY ADVENTIST

General Conference Corporation of Seventh-Day Adventists (District of Columbia corporation)
6840 Eastern Ave., NW.
Washington, D.C. 20012

For: RELIGIOUS BOOKS, MAGAZINES, PAMPHLETS, NEWSLETTERS, BROCHURES, ENCYCLOPEDIAS, DICTIONARIES, COMMEN-TARIES, FLIERS, BULLETINS, YEARBOOKS, BOOKLETS AND BIBLES, in CLASS 16 (U.S. Cl. 38).

First use 1861; in commerce 1861.

For: ESTABLISHMENT AND ADMINISTRA-TION OF EMPLOYEE HEALTH CARE AND BENEFIT PROGRAMS AND MEDICAL INSUR-ANCE PROGRAMS, in CLASS 36 (U.S. Cl. 102).

First use 1973; in commerce 1973.

For: EDUCATIONAL INSTRUCTION SER-VICES IN ACADEMICS AT GRADE SCHOOL, HIGH SCHOOL AND COLLEGE LEVEL; FILM PRODUCTION AND DISTRIBUTION SER-VICES, in CLASS 41 (U.S. Cl. 107).

First use 1894; in commerce 1894.

For: HEALTH CARE SERVICES—NAMELY, HOSPITAL, DENTAL, PHARMACEUTICAL, NURSING HOME, AND MEDICAL LABORA-TORY SERVICES; CONDUCTING RELIGIOUS OBSERVANCES AND MISSIONARY SER-VICES, in CLASS 42 (U.S. Cl. 100).

First use 1860; in commerce 1860.

Ser. No. 261,134, filed May 7, 1980.

MARTIN MARKS, Primary Examiner

BRUCE A. TASSAN, Examiner

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 3,000,051

## United States Patent and Trademark Office

Registered Sep. 27, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## THE JOURNAL OF ADVENTIST EDUCATION

GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS (D.C. CORPORATION)
12501 OLD COLUMBIA PIKE
SILVER SPRING, MD 209046600

FOR: MAGAZINES DIRECTED TO EDUCATIONAL SUBJECTS FROM K THROUGH GRADUATE STUDIES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-0-1968; IN COMMERCE 11-0-1968.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,176,153, 2,662,705 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "JOURNAL", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 76-590,395, FILED 5-4-2004.

C. DIONNE CLYBURN, EXAMINING ATTORNEY

# EXHIBIT 2

**washingtonpost.com**    Sign In | Register Now

The Washington Post
Print Edition | Subscribe

| NEWS | POLITICS | OPINIONS | LOCAL | SPORTS | ARTS & LIVING | CITY GUIDE |

| JOBS | CARS | REAL |

| SHOPPING |

# Yellow Pages    Washington, DC trinidad adventist church

home | popular searches |

## Other Categories:

Apartments
Attorneys
Auto Dealers
Auto Insurance
Auto Parts
Auto Repair
Bars & Lounges
Beauty Salons
Car Rental
Colleges
Contractors
Dentists
Florists
Furniture
Hotels
Insurance
Loans
Massage
Mortgages
Movers
Night Clubs
Pizza
Plastic Surgery
Plumbers
Real Estate
Restaurants
Storage
Tickets
More Categories...

## Browse by Location:

DC
Maryland
Virginia

### Search Local and National Businesses

Advertisement

Keywords or Business

trinidad adventist church

e.g. restaurants plumbers

City, State or ZIP

Washington, DC

e.g., Washington DC or 20005

trinidad adventist church in Washington, DC    Result 1 - 1 of 1

Courtesy Listings

**Trinidad Adventist Church**    Map    2.17 miles
(202) 388-0888
1201 Staples St NE, Washington, DC 20002
Churches  Adventist

Results Pages    1

Total time 0 447s (0 408s)

SEARCH: Try Our New Search     washingtonpost.com    ◯ Web: Results by Google™    |    Search Archives

NEWS ¦ POLITICS | OPINIONS | LOCAL | SPORTS | ARTS & LIVING | CITY GUIDE                                    JOBS | CARS | R

**washingtonpost.com:** About Us  |  Work for Us  |  Advertisers  |  Site Map  |  Search Terms  |  Topics Index  |  Make Us Your Home Page  |  mywashingto
**The Washington Post:** Subscribe  |  Subscriber Services  |  Advertisers  |  Electronic Edition  |  Online Photo Store  |  The Washington Post Store  |  Nati
**The Washington Post Company:** Information and Other Post Co  Websites

© Copyright 1996-2008 The Washington Post Company  |  User Agreement and Privacy Policy  |  Rights and Permissions

Copyright 2008 Local com Corporation - US Patent Numbers 7,200 413 and 7,231,405
Local search by PremierGuide, a Local com company  Some data provided by Acxiom.

Top Quality Curtain Rods, Crown Mouldings, Ceiling Domes, Medallions, etc...
33%-60% OFF & FREE SHIPPING*
24 Year Old Company • Toll Free 1-877-731-8110 • Live Online Help
BBB

**YellowPageCity.com**

FIND

⦿ Category ◯ Business Name

City Page | Yellow Pages | White Pages | Job Search | School Search | Travel | Classifieds | Shopping | Add or Update Listing | Change City

## Washington DC | Churches

◄◄◄ ◁ Previous Page    Page 311 of 1167    Next Page ▷ ►►►

### Churches (Cont)

Pleasant Lane
MAP 501 E St SE Washington DC 20003
202-546-2990

Praise Temple Church Of Christ
MAP 4211 9th St NW Washington DC 20011
202-723-1230

Presbyterian Washington Office
MAP 100 Maryland Ave NE Washington DC 20002
202-543-1126

Revival Temple Church
MAP 2431 Shannon Pl SE Washington DC 20001
202-889-9061

Rock Creek Parish
MAP 201 Allison St NW Washington DC 20011
202-829-0107

Rohoboth Ministries
MAP Washington DC 20001
202-543-0900

Russian Orthodox Cathedral Of St John The
Baptist
MAP 4001 17th St NW Washington DC 20011
202-726-3000

Sacred Heart Spiritual Church
MAP 721 48 Th Pl NE Washington DC 20001
202-387-8308

Second Refreshing Spring Church
MAP 4407 Lee St NE Washington DC 20019
202-398-5901

Sgi Buddhist Association
MAP 2233 Wisconsin Ave NW Washington DC 200
202-338-1750

*Yellow Pages work 24 Hours a day.*

Shiloh Baptist Church
MAP Washington DC 20001
202-234-5439

MAP 1510 9th St NW Washington DC 20001
202-232-0516

Shrine Of The Sacred Heart
MAP 3211 Pine St NW Washington DC 20010
202-234-8000

St Alban's Church
MAP Massachusetts & Wisconsin Ave NW Washing
202-363-8286

St Albans School For Boys
MAP Washington DC 20001
202-537-6435

St Aloysius Church
MAP 191 St NW Washington DC 20001
202-336-7200

St Ann's Rectory
MAP 4001 Yuma St NW Washington DC 20016
202-966-6288

St John United Baptist Church
MAP 6343 13th St NW Washington DC 20011
202-829-1108

St Johns C M E Church
MAP 2815 Stanton Rd SE Washington DC 20020
202-678-2188

St Josephs Church
MAP 91 Stillhouse Rd Washington DC 20001
202-232-2710

St Mary Orthodox Church
MAP 211 Upshur St NW Washington DC 20011
202-291-3610

St Patrick's Episcopal Church
MAP Washington DC 20001
202-342-2800

St Thomas More Parish
MAP 4275 4th St SE Washington DC 20032
202-562-0431

Tavlarides John T Rev
MAP 6631 31st Pl NW Washington DC 20015
202-966-2960

The Bible Way Temple
MAP 1100 New Jersey Ave NW Washington DC 20
202-789-0700

The Church Of The Holy Communion
MAP 3640 Martin Luther King Jr Ave SE Washingtc
202-562-5400

The City Church DC
MAP 131 C St SE Washington DC 20003
202-546-2489

The Foundation For The Family Of The
Anucation
MAP 1335 Quincy St NE Washington DC 20017
202-529-0116

The Metropolitan Community Church Of
Washington
MAP 474 Ridge St NW Washington DC 20001
202-638-7373

The United Church
MAP 1920 G St NW Washington DC 20006
202-530-0406

Tried Stone Church Of Christ
MAP 417 9th St SE Washington DC 20003
202-544-3471

Trinidad Adventist Church
MAP 1201 Staples St NE Washington DC 20002
202-388-0888

*Yellow Pages work 24 Hours a day.*

Ukranian Catholic National Shrine Of The
Holy Family
MAP 4250 Harewood Rd NE Washington DC 20001;
202-526-3737

Union Temple Baptist Church
MAP 1217 W St SE Washington DC 20020
202-889-0538

MAP 1245 W St SE Washington DC 20020
202-678-8163

Union Temple Baptist Church Akoma Project
MAP 1251 W St SE Washington DC 20020
202-789-0700

MAP 1251 W St SE Washington DC 20020
202-889-5354

United Holiness Deliverance Church Of God
MAP 925 Kennedy St NW Washington DC 20011
202-723-3096

United House Of Prayer
MAP 1721 7th St NW Washington DC 20001
202-332-0647

MAP 628 M St NW Washington DC 20001
202-289-9890

United House Of Prayer For All
MAP 601 M St NW Washington DC 20001
202-789-2289

United House Of Prayer For All Peop
MAP 1320 5th St NW Washington DC 20001
202-232-0413

MAP 601 M St NW Washington DC 20001
202-789-0995

*Yellow Pages work 24 Hours a day.*

*Yellow Pages work 24 Hours a day.*

Washington Churches in Washington DC Yellow Pages by Yellow Page City



YellowPageCity.com is the Official Online Network of Local Yellow Pages

ADVERTISE WITH US | ADD OR UPDATE YOUR LISTING | OUR PRODUCTS

About YellowPageCity.com | Job Recruitment | Contact Us | Feedback | Privacy Policy | Site Map | Check Email

© 2002 - 2008 Yellow Page City, Inc. All Rights Reserved. Business data provided by Amacai.
IAD500 - 8/11/2008 9:48:53 AM



ACCREDITED
BUSINESS
BBB
We are a proud member of
the Better Business Bureau



🏠 **Make AllPages.com Your Home Page**

📋 **Add AllPages.com To Your Favorites**

✉️ S e n d  T h i s  P a g e  T o  a  F r i e n d

🖐 **Link to AllPages.com**

**Other Channels ::** Health| Reference | Weather



August 11, 2008

---

## All Categories

- **Washington, DC**
- Agriculture (107)
- Business Services (20,369)
- **Community Services** (5,100)
  - **Religious Organizations** (1,234)
    - **Churches 1 Of 3** (1,078)
      - **Adventist Church** (5)
      - African Methodist Church (32)
      - Alliance Church (1)
      - Anglican Church (89)
      - Apostolic Church (27)
      - Armenian Church (2)
      - Assembly Of God Church (3)
      - Baha'i Church (4)
      - Baptist Church (343)
      - Bible Church (3)
      - Brethren Church (2)
      - Buddhist Temples (5)
      - Campus Ministries (4)
      - Catholic Church (64)
      - Charismatic Church (6)
      - Christian Church (63)
      - Church Multicultural & Multilingual (3)
      - Church Of Christ (27)
      - Church Of God (39)
      - Church Of

---

Google Search

⚪ Web ⚫ Allpages.com

# Adventist Church, Washington, Washington DC (DC)

### Local listings: 5

#### Adventist Church Legislative Affairs Office
110 Maryland Avenue Northeast
Washington, DC 20002-5626
Phone: (202) 546-8234
**Business Types:** Adventist Church

#### Capital Spanish 7th Day Adventist Church
4800 16th Street Northwest
Washington, DC 20011-4333
Phone: (202) 829-3039
**Business Types:** Adventist Church, Religious Organizations

#### Tabanacl Seventh Day Movement Church
3602 Martin Luther King J
Washington, DC 20032-1546
Phone: (202) 562-6200
**Business Types:** Adventist Church, Christian Church

#### The First Church of Seventh Day Adventist
810 Shepherd Street Northwest
Washington, DC 20011-5823
Phone: (202) 829-2075
**Business Types:** Adventist Church

#### Trinidad Adventist Church
1201 Staples Street Northeast
Washington, DC 20002-3923
Phone: (202) 388-0888
**Business Types:** Adventist Church, Religious Organizations

---

You are here : AllPages.com Yellow Pages

**Change Category:** Washington DC > Washington > Community Services > Religious Organizations > Churches 1 Of 3 > Adventist Church
**Change Location:** Community Services > Religious

---

## Washington Popular Categories

- Attorneys (Lawyers) (13,449)
- Automotive (845)
- Book Dealers (84)
- Business Services (20,369)
- Colleges & Schools (3,845)
- Computers (149)
- Contractors & Builders (1,131)
- Dentists (636)
- Doctors (5,196)
- Electronics (133)
- Entertainment (179)
- Fitness (148)
- Florists (139)
- Food & Dining (2,102)
- Insurance (435)
- Lodging Hotels (306)
- Music (77)
- Night Clubs (97)
- Office Supplies (125)
- Pets (41)
- Pizza (119)
- Real Estate (1,941)
- Restaurants (2,102)
- Shopping Stores (1,635)

Jesus Christ Of
Latter Day
Saints (11)
- Church Of The
Living God (2)
- Church Of The
Lord Jesus
Christ (21)
- Church Of The
Nazarene (2)
- Community
Church (14)
- Community
Churches (14)
- Congregational
Church (2)
- Convents &
Monasteries (3)
- Deliverance
Church (2)
- Disciples Of
Christ Church
(3)
- Eastern
Orthodox
Church (11)
- Episcopal
Churches (47)
- Evangelical
Church (7)
- Faith Church
(1)
- Lutheran
Church (25)
- Mennonite
Church (4)
- Methodist
Church (56)
- Mission
Churches (17)
- Non-
Denominational
Churches (64)
- Orthodox
Churches (9)
- Pentecostal
Churches (82)
- Presbyterian
Churches (35)
- Religious
Temples (11)
- Seventh Day
Adventist (11)
- Synagogues
(11)
- Churches 2 Of 3
(76)
- Churches 3 Of 3
(81)
- Construction (1,131)
- Education (3,845)
- Finance (2,278)
- Food & Dining (2,102)

Organizations > Churches 1 Of 3 > Adventist Church >
Washington DC > Washington



- Government (9,659)
- Health & Medical (7,199)
- Industry (575)
- Manufacturing (539)
- Motorized Vehicle (845)
- Personal Services (15,110)
- Professional (14,253)
- Real Estate (1,941)
- Shopping & Shopping Services (4,293)
- Transportation (605)
- Travel & Tourism (616)

data by **ACXIOM**  Copyright ? 2006 Acxiom.

Content on this web site is provided for informational purposes only. We accept no responsibility for any loss, injury or inconvenience sustained by any person resulting from information published on this site.

About Us | Contact Us | Terms of Use | Privacy |Link to AllPages.com | Add/Modify/Remove Listing | Help
**Cities A-Z** | Site Map | All States | Listings A-Z | **Yellow Pages Home**
Copyright ? 2005 Par Web Solutions All Rights reserved.



**Local Search**  |  Classifieds  |  Advertise With Us

| trinidad adventist church | Washington, DC |
| Business, Products, and Services | ZIP, City & State, Street Address   ☐ Save location |

**1-1 of 1** local results for **trinidad adventist church** in **Washington, DC**.

Results within: **15 miles**

Sorted by: **Relevance** | Distance | Name | Rating

**Filter this search by**
Adventist Churches (1)

**Nearby Cities**
Washington Navy Yard, DC
Silver Spring, MD
Takoma Park, MD
Naval Anacost Annex, DC
Oxon Hill, MD
More...

**Your Recent Searches**
trinidad adventist church in 20002



SPONSORED LINKS

### Adventist Church
Free Adventist Personals Online. View Photos, Chat, Email & More.
www.AdventistSinglesConnection.com

### Meet Adventist Singles
Find Adventist singles at AmericanSingles.com. Meet Adventist singles.
www.AmericanSingles.com

### Churches, Adventist
Find Churches, Adventist in Local Directory.
www.usdirectory.com

### Trinidad Adventist Church
1201 Staples St Ne Washington, DC 20002 map
... mission, advent christianity, adventist, adventist body, adventist
christian faith, adventist ... more
more info | ☎ phone

write review & win $500
0.5 mi

SPONSORS

### Looking for Adventist?
BizRate helps solve all your shopping needs!
BizRate.com

### Washington Hotels
Washington Hotel Deals. Book Hotel Reservations Online.
consumeronly.com

### Churches
Your Guide to Local Washington Churches. Maps, Reviews & More!
www.AreaGuides.Net

SPONSORS

### The Shepherd's Rod
A message of present truth to the Seventh Day Adventist Church
www.davidiansda.org

### Trinidad Churches
Find all your Yellowpage information at Dexknows.com. Search Today.
DexKnows.com

### Looking for Adventist?
BizRate helps solve all your shopping needs!
BizRate.com

### Looking for Adventist?
BizRate helps solve all your shopping needs!
BizRate.com

Grow your Irvine business. Advertise on Local.com

**Local Weather**

**Washington, DC Weather**

 **72.9 °F**
Partly Sunny

as if I..."
Read the full review

## Local Favorites

**Addis Ababa**
Washington, DC
more info | view map

**Domino's Pizza**
Washington, DC
more info | view map

**Fourth Estate Restaurant At The National Press Club**
Washington, DC
more info | view map

**Maggiano's -Chevy Chase**
Washington, DC
more info | view map

**Angles Bar and Billiards**
Washington, DC
more info | view map

**Auntie Anns Pretzels**
Washington, DC
more info | view map

| trinidad adventist church | Washington, DC |
|---|---|
| Business, Products, and Services | ZIP, City & State, Street Address    ☐ Save location |

Make Local.com your Homepage   |   Bookmark Local.com   |   Local Mobile   |   ⊞⊞ UK.local,

Home | About | Advertise With Us | Add Your Free Listing | Terms of use | Privacy | FAQ | Site Map | Po
View directory by: category, city, state, zip
© 2008 Local com Corporation - US Patent Numbers 7,200,413 and 7,231,405
Some reviews provided by Yelp com. Some data provided by Acxiom

"Got an idea for a new feature? Click here to let us know!"

 **YellowBot**

| trinidad adventist church | Washington, DC 20002 |  Go! |
| --- | --- | --- |
| i.e., pizza, plumbers, hotel | i.e., Bevery Hills, CA or 90210 | |

# trinidad adventist church in Washington, DC 20002

1 to 20 of 200.  Jump to page:  **1**  2  3

### Trinidad Adventist Church
1201 Staples St NE
Washington, DC
(202) 388-0888

0.3 mi
Map

association **church** membership organization religion religious shrine temple

Are we n

Submit a ne

Like Big

Try our Map

### Trinidad Baptist Church
1611 Benning Rd NE
Washington, DC
(202) 396-3532

0.5 mi
Map

association **Baptist church** membership organization religion religious

### Adventist Church Legislative Affairs Office
110 Maryland Ave Ne Ste 409
Washington, DC
(202) 546-8234

0.2 mi
Map

association church Churches Adventist membership organization religion religious shrine temple

### Temple Rock of Ages Assembly of Yahweh
1300 I St NE
Washington, DC
(202) 397-1300

0.2 mi
Map

Adventist association **church** membership organization religion religious seventh day **seventh day** Adventist

### Capitol Hill Seventh Day Adventist Church
914 Massachusetts Ave NE
Washington, DC
(202) 543-1344

0.9 mi
Map

Adventist association **church** membership organization religion religious seventh day **seventh day** Adventist



Fourth Street Friendship Seventh
Day Adventist
1611 4th St NW
Washington, DC
(202) 797-9255

1.5 mi
Map

Adventist association church membership organization religion religious seventh day seventh day
Adventist

First Seventh Day Adventist
Church
810 Shepherd St NW
Washington, DC
(202) 829-2075

3.1 mi
Map

Adventist association church membership organization religion religious seventh day seventh day
Adventist

Dupont Park Seventh Day
Adventist Church
3985 Massachusetts Ave SE
Washington, DC
(202) 583-7416



3.2 mi
Map

Adventist association church membership organization religion religious seventh day seventh day
Adventist

Seventh Day Adventists
Elemantary Schools
3942 Alabama Ave SE
Washington, DC
(202) 583-8500

3.3 mi
Map

Adventist association church membership organization religion religious Religious Services &
Organizations seventh day seventh day Adventist

Dupont Park Seventh Day
Adventist School
3942 Alabama Ave Se
Washington, DC
(202) 583-8500




3.3 mi
Map

Adventist association church education educational elementary kindergarten membership
nondurable organization preschool public religion religious school schools secondary seventh day
seventh day Adventist wholesale

Capital Spanish 7th Day Adventist
Church
4800 16th St NW
Washington, DC

4.0 mi
Map

(202) 829-3039

Adventist association church Churches Adventist membership organization religion religious seventh day seventh day Adventist

### Seventh Day Adventists
4905 42nd Pl
Hyattsville, MD
(301) 927-2080



4.0 mi
Map

Adventist association church membership organization religion religious Schools seventh day seventh day Adventist

### Second Church of God and Saints of Christ
4201 Farragut St
Hyattsville, MD
(301) 779-7497



4.1 mi
Map

Adventist association church membership organization religion religious seventh day seventh day Adventist

### Pennsylvania Avenue Seventh Day Adventist Church
Pennsylvania Ave & Southern Ave
Capitol Heights, MD
(301) 568-3322

 

4.1 mi
Map

Adventist association church membership organization religion religious seventh day seventh day Adventist

### Seventh Day Adventists
4105 54th St
Bladensburg, MD
(301) 277-3239

 

4.2 mi
Map

Adventist association church membership organization religion religious seventh day seventh day Adventist

### Washington Ghanaian Seventh Day Adventist Church
4320 Hamilton St
Hyattsville, MD
(301) 277-6229

 

4.2 mi
Map

Adventist association church membership organization religion religious seventh day seventh day Adventist

### Metropolitan Seventh Day

### Adventist Church
6301 Riggs Rd
Hyattsville, MD
(301) 853-2224



Map

Adventist association church membership organization religion religious seventh day seventh day Adventist

### Metropolitan Sda Church
6303 Riggs Rd
Hyattsville, MD
(301) 559-4450



4.3 mi
Map

Adventist association church membership organization religion religious seventh day seventh day Adventist

### Metropolitan Seventh-Day Adventist Church
6307 Riggs Rd
Hyattsville, MD
(301) 559-9009



4.3 mi
Map

Adventist association church membership organization religion religious Religious Services & Organizations seventh day seventh day Adventist

### Hyattsville Hispanic Seventh-Day Adventist Church
4815 Edmonston Rd
Hyattsville, MD
(301) 209-0987



4.4 mi
Map

# trinidad adventist church in Washington, DC 20002

1 to 20 of 200. Jump to page: **1** 2 3

About Us | Help/FAQ | Privacy Policy | Terms of Service | Forums | Blog | Mobile | Canada

© Solfo, Inc. 2007-2008 – All rights reserved (v9 6-2-gc6ebc6c4)

close window

## Change Location

# Nearby Cities

- Bladensburg, MD
- Brentwood, MD
- Capitol Heights, MD
- Fort Myer, VA

- Highland, MD
- Hyattsville, MD
- Mount Rainier, MD
- Naval Anacostia Annex, DC

- Rosslyn, VA
- Takoma Park, MD
- More locations »

# Popular Cities

- Atlanta, GA
- Baltimore, MD
- Boston, MA
- Chicago, IL
- Cincinnati, OH
- Cleveland, OH
- Dallas, TX
- Denver, CO
- Detroit, MI
- Houston, TX

- Indianapolis, IN
- Kansas City, MO
- Las Vegas, NV
- Los Angeles, CA
- Miami, FL
- Milwaukee, WI
- Minneapolis, MN
- New York, NY
- Orlando, FL
- Philadelphia, PA

- Phoenix, AZ
- Pittsburgh, PA
- Portland, OR
- San Antonio, TX
- San Diego, CA
- San Francisco, CA
- Seattle, WA
- St. Louis, MO

- Washington D.C.
- More locations »

**Browse by state »**

# Washington, DC

Change Location

**Search for:**    trinidad adventist                    **Location:** Washington, DC

e.g. restaurants, florists, physicians                  e.g. Seattle, WA or 98101

Open List Home >> Washington, DC >> trinidad adventist

## Search Nearby Cities

- Bladensburg, MD
- Brentwood, MD
- Capitol Heights, MD
- Fort Myer, VA
- Highland, MD
- Hyattsville, MD
- Mount Rainier, MD
- Naval Anacostia Annex, DC
- Rosslyn, VA
- Takoma Park, MD
- More locations »

## Businesses matching trinidad adventist in Washington

Sort by:  Most Relevant

**Showing 1 to 1 of 1**

1. Trinidad Adventist Church

   **(202) 388-0888 | 1201 Staples St NE Washington, DC 20002**

   Write a review »

Are we missing a business? Let us know!

## How To Get There



View Larger Map »

© 2008 Open List   About  |  Contact  |  Advertising  |  Add a Business  |   |  Terms of Use  |
Privacy Policy  |  Site Map

Some data provided by Localeze    Some reviews provided by Yelp.com

# EXHIBIT 3





SEVENTH-DAY
ADVENTIST
CHURCH

*General Conference*
*World Headquarters*

March 28, 2007

Office of General Counsel

12501 Old Columbia Pike
Silver Spring, Maryland
20904-6600 USA
Telephone (301) 680-6320
Fax (301) 680-6329

<u>CERTIFIED/RETURN RECEIPT</u>

Trindad Adventist Church
1201 Staples St., NE
Washington, D.C 20002

Re:   "Trinidad Adventist Church"
      Trademark/Service Mark Infringement
      False Designation of Origin
      Unfair Competition
      Dilution
      U.S. Reg. No. U.S. Reg. No. 1,177,185
      SEVENTH-DAY ADVENTIST
      U.S. Reg. Nos. 176,153 and 1,218,657
      ADVENTIST

Dear Sir/Madam:

The General Conference Corporation Seventh-day Adventists® Office of General Counsel represents the Seventh-day Adventist® Church and the General Conference Corporation of Seventh-day Adventists® in many legal matters, including protecting the Church's intellectual property rights. The General Conference Corporation of Seventh-day Adventists® is the registrant of the above-captioned SEVENTH-DAY ADVENTIST® and ADVENTIST® trademarks/service marks (attached). These registrations and the continuous use of these marks, since 1861, establish the Church's exclusive right to use these marks. This right allows the Church to prevent third parties from using any similar name or mark that is likely to cause confusion, such as the name currently being used by your organization: "Trinidad Adventist Church."

It is our understanding that the "Trinidad Adventist Church" is functioning without official permission from the Potomac Conference of Seventh-day Adventists®. Your group is <u>not</u> a member of the sisterhood of Seventh-day Adventist® Churches and your use of the Church's registered mark, ADVENTIST® is unauthorized. During our trademark/service mark monitoring of the internet we also noticed that your organization is listed on several online phone directories.

Trinidad Adventist Church
March 28, 2007
Page 2 of 3

Your use of the Church's registered marks/names is a violation of state and federal law because it is the same or confusingly similar to, and dilutive of, the Church's marks. The name of your organization "Trinidad Adventist Church" constitutes any one or all of infringement, false designation of origin, unfair competition and federal dilution, under the trademark (Lanham) Act, as well as dilution under most anti-dilution laws of the individual states of the United States. A ministry name such as yours that incorporates the entire ADVENTIST® mark of the Seventh-day Adventist® Church causes immediate initial likelihood of confusion because a person immediately associates the name directly with sponsorship by the Seventh-day Adventist® Church as to the source of products or services associated therewith. We hope it will be unnecessary to initiate proceedings to enjoin this improper and illegal use. Such proceedings can be avoided if you immediately cease and desist from using these names, marks, or phrases in any activities by you and your group.

We have brought this matter to your attention in order to request that you immediately cease and desist from using the registered marks of the Seventh-day Adventist® Church; and that you change the name of your organization to something that is not infringing on the Church's intellectual property rights.  In choosing your new identification, please understand that ADVENTIST® in any form is not available for use in identifying your organization.  Like wise, the Church has common law intellectual property rights to SDA™, and you must refrain from its use with respect to your organization as well.

Kindly confirm your compliance with these demands by removing the Church's trademarks/service marks from any signage, literature, domain names, websites, brochures, and from any other place, location or other use. Further, please confirm your compliance with the demands made in this letter by signing the attached agreement and returning it to my office within thirty (30) days of receipt of this letter.

This letter is written without prejudice to all further rights of the Seventh-day Adventist® Church including, but not by way of limitation, the right to ADVENTIST®, in any manner in association with your activities.

Very truly yours,

Dionne A. Parker
Associate General Counsel

Attachments (as noted)

Trinidad Adventist Church
March 28, 2007
Page 3 of 3

Agreed to and signed this ___ day of _____, 2007.

TRINIDAD ADVENTIST CHURCH

_____

**Printed Name**
**Title:**

_____

**Signature**

# EXHIBIT 4





SEVENTH-DAY
ADVENTIST
CHURCH

*General Conference*
*World Headquarters*

Office of General Counsel

12501 Old Columbia Pike
Silver Spring, Maryland
20904-6600 USA
Telephone (301) 680-6320
Fax (301) 680-6329

May 8, 2007

CERTIFIED/RETURN RECEIPT

Trindad Adventist Church
1201 Staples St., NE
Washington, D.C 20002

Re:    2nd NOTICE

Re:    2nd NOTICE
       "Trinidad Adventist Church"
       Trademark/Service Mark Infringement
       False Designation of Origin
       Unfair Competition
       Dilution
       U.S. Reg. No. U.S. Reg. No. 1,177,185
       SEVENTH-DAY ADVENTIST
       U.S. Reg. Nos. 176,153 and 1,218,657
       ADVENTIST

Dear Sir/Madam:

On March 29, 2007, our office notified you that your organization's use of the name "Trinidad Adventist Church" was infringing on the registered trademark "ADVENTIST®," which is owned by the General Conference Corporation of Seventh-day Adventists®.

In that letter you were also asked to cease and desist from all infringing uses and to sign an agreement memorializing your intentions. To date, we have not received the requested written confirmation that you have ceased using the Seventh-day Adventist® Church's registered trademarks.

Please understand that we do not wish to curtail your ministry, we simply seek to eliminate the unlawful confusion that is being caused by your infringing use. In order to resolve this matter amicably and avoid litigating this matter, we are making a final request that you cease and desist from using the Church's registered trademarks as previously requested, and that you indicate your agreement by signing the enclosed document and returning it to us with in ten (10) days from the date of this letter.

Trinidad Adventist Church
May 8, 2007
Page 2 of 3

We thank you in advance for your prompt attention to this matter.

Very truly yours,

Dionne A. Parker
Associate General Counsel

Enclosure (as noted)

Trinidad Adventist Church
May 8, 2007
Page 3 of 3

I agree to cease and desist from the use of all names that incorporate in whole or in part any of the legally protected marks, ADVENTIST®, SEVENTH-DAY ADVENTIST®, or any other confusingly similar marks which are likely to be confused with, or constitute an infringement of the Seventh-day Adventist® Church's trademarks.

Signed this ___ day of _____, 2007.

"TRINIDAD ADVENTIST CHURCH"

_____
Printed Name
Title:

_____
Signature

# EXHIBIT 5

**Parker, Dionne**

| | |
|---|---|
| **From:** | Parker, Dionne |
| **Sent:** | Tuesday, June 05, 2007 5:02 PM |
| **To:** | 'jon@jcwindle.com' |
| **Cc:** | Barrozo, Luciene |
| **Subject:** | Trinidad Adventist Church |

Dear Mr. Windle:

Thank you for your phone call earlier today wherein you indicated the willingness of Trinidad Adventist Church to comply with our cease and desist request. I am willing to extend the time for responding to June 30, 2007. If you need more time, please let me know where you are in the process and we will work together to get this matter resolved.

I also want to confirm that your phone contact information is as follows:

o) 301-986-0038
c) 301-587-5500

Thank you.

Dionne

*Dionne A. Parker*
Associate General Counsel
Seventh-day Adventist World Headquarters
phone: 301-680-6319
email: parkerd@gc.adventist.org

This message is sent by an attorney and may contain information that is privileged and confidential. If you have received this transmission in error, please notify the sender by reply email and delete the message and any attachments. Disclosure, printing, distribution or use of the contents is strictly prohibited except by the intended recipient. Thank you.

**Parker, Dionne**

| | |
|---|---|
| **From:** | Jonathan Windle [jon@jcwindle.com] |
| **Sent:** | Tuesday, June 19, 2007 3:37 PM |
| **To:** | Parker, Dionne |
| **Subject:** | Re: Trinidad Adventist Church |

Ms. Parker,

While I do not expect that there will be any significant delay in a response from Mr. Harman, you may feel free to contact me if you are concerned and I will ask Mr. Harman to make contact with you or do whatever else may be required.

Jon


On 6/19/07, **Parker, Dionne** <ParkerD@gc.adventist.org> wrote:

> Thank you for your message Mr. Windle.  I would appreciate you conveying to Mr. Harman that time is of the essence.
>
>
> Thanks again.
>
>
> Dionne
>
>
> *Dionne A. Parker*
>
> Associate General Counsel
>
> Seventh-day Adventist World Headquarters
>
> phone:  301-680-6319
>
> email:   parkerd@gc.adventist.org
>
>
> This message is sent by an attorney and may contain information that is privileged and confidential.  If you have received this transmission in error, please notify the sender by reply email and delete the message and any attachments.  Disclosure, printing, distribution or use of the contents is strictly prohibited except by the intended recipient.  Thank you.

**From:** Jonathan Windle [mailto: jon@jcwindle.com]
**Sent:** Tuesday, June 19, 2007 10:14 AM
**To:** Parker, Dionne
**Subject:** Re: Trinidad Adventist Church

Ms. Parker,


I'm sorry that I am so long getting back. Because I know little or nothing about copyrights and trademarks, I have suggested that my clients contact Mr. John Harman of Coggins, Harman & Hewitt for advice in the matter. I am sure that you will be hearing from them directly.


Thank you


Jon


On 6/5/07, **Parker, Dionne** < ParkerD@gc.adventist.org> wrote:

Dear Mr. Windle:


Thank you for your phone call earlier today wherein you indicated the willingness of Trinidad Adventist Church to comply with our cease and desist request. I am willing to extend the time for responding to June 30, 2007. If you need more time, please let me know where you are in the process and we will work together to get this matter resolved.


I also want to confirm that your phone contact information is as follows:


o) 301-986-0038

c) 301-587-5500


Thank you.

Dionne

*Dionne A. Parker*

Associate General Counsel

Seventh-day Adventist World Headquarters

phone: 301-680-6319

email:   parkerd@gc.adventist.org

This message is sent by an attorney and may contain information that is privileged and confidential.  If you have received this transmission in error, please notify the sender by reply email and delete the message and any attachments.  Disclosure, printing, distribution or use of the contents is strictly prohibited except by the intended recipient.  Thank you.

6/19/2007

# EXHIBIT 6

LAW OFFICES

# Coggins, Harman & Hewitt

A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

SUITE 600

8905 FAIRVIEW ROAD

SILVER SPRING, MARYLAND 20910-4171

(301) 587-2880

FACSIMILE: (301) 495-4990

E-MAIL: CHHLAW587@AOL.COM

JOHN H. HARMAN

RECEIVED JUL 1 3 2007

ROCKVILLE OFFICE

20 COURTHOUSE SQUARE

SUITE 217

ROCKVILLE, MD 20850

VIRGINIA OFFICE

254A N. WASHINGTON STREET

FALLS CHURCH, VA 22046

July 11, 2007

Dionne A. Parker
Associate General Counsel
Seventh-Day Adventist Church
12501 Old Columbia Pike
Silver Spring, MD 20904-6600

Re:    Trinidad Seventh-Day Advent Movement Church

Dear Ms. Parker:

Please be advised that this office represents the Seventh-Day Advent Movement Church and its affiliates. We have the benefit of your communications of March 28, 2007 and May 8, 2007. In addition, we have had an opportunity to discuss this matter with our client and review various materials.

First, your communications are incorrectly addressed. There is no "Trinidad Adventist Church." The correct name of the church as it appears on the church facility itself is the Trinidad Seventh-Day Advent Church, part of the Seventh-Day Advent Movement Church, a name granted by the District of Columbia through certificate dated December 30, 1975, a copy of which is attached hereto for your reference. The Seventh-Day Advent Movement Church and its affiliated units do not now, and never have, used the word "Adventist," either alone or in conjunction with the phrase "Seventh-Day." All operational documents and related representations by our client refer only to the Seventh-Day Advent Movement Church or one of its affiliates.

At no time has our client ever used the name "Adventist" or "Seventh-Day Adventist." Any such occurrences that may appear as referenced in your communications are matters of mere inadvertence or clerical error. Nevertheless, our client has taken all reasonable and necessary steps to ensure that any records capable of

Dionne A. Parker
Associate General Counsel
Seventh-Day Adventist Church
July 11, 2007
Page 2

correction will be corrected to represent the proper legal name of the Seventh-Day Advent Movement Church or its affiliates.

Without addressing directly the validity, legality or propriety of the registered marks or names ownership of which may be claimed by the Seventh-Day Adventist Church, our client has instructed this firm to communicate that they do not now, and never have at anytime, infringed or violated any such registered marks or names, or otherwise engaged in any conduct in that regard in violation of any state or federal law.

Further, our client knows of no incident of confusion that has ever occurred in relation to their Movement or Churches, and none has been cited in your communication. Therefore, they believe none exists.

Since the Seventh-Day Advent Movement Church has engaged in no impropriety, there is no need for it to cease and desist from any activity. It should be more than enough that it has taken steps to ensure that anything within its control correctly identifies its name.

On behalf of our client, we feel confident that the description of circumstances described in this letter and the actions of our client will be more than sufficient to put this matter to rest. If you have any questions in this regard, please contact the undersigned attorney at your convenience.

Very truly yours,

Coggins, Harman & Hewitt

By:_____
John H. Harman

Enclosure
JHH:kew
cc: Seventh-Day Advent Movement Church
L:\Seventh-Day Advent\parker july 11 07.ltr.doc

# EXHIBIT 7





Seventh-Day
Adventist
Church

**General Conference**
**World Headquarters**

July 19, 2007

Office of General Counsel

12501 Old Columbia Pike
Silver Spring, Maryland
20904-6600 USA
Telephone (301) 680-6320
Fax (301) 680-6329

John H. Harman
Coggins, Harman & Hewitt
Suite 600
8905 Fairview Road
Silver Spring, MD 20910-4171

Re:    Trinidad Adventist Church

Dear Mr. Harman:

I am in receipt of your July 11, 2007 correspondence. While I understand your need to vigorously defend your client's actions, your statements are not based on reality.

As is evidenced by the attached internet references, there is a church in Washington, D.C., which is attended by the addressee of our original correspondence (David Hubbard), and that does in fact hold itself out as the Trinidad Adventist Church. This fact was confirmed in my verbal conversations on June 5, 2007 with the church's original attorney, Jonathan Windle, wherein he stated that his client was willing to stop using the name but that they needed more time to address our concerns. It is noteworthy that you claim that so many print references to your client's organization as the Trinidad Adventist Church are "mere inadvertence or clerical error."

I appreciate the efforts to avoid the infringement issue entirely by claiming use of the "legal name of the Seventh-day Advent Movement Church" to identify your client's religious organization; however, this is still unsatisfactory as this name is a confusingly similar infringement, this time of my client's registered trademark SEVENTH-DAY ADVENTIST®, U.S. Reg. No. 1,177,185, which is registered with the U.S. Patent and Trademark Office for many uses including "conducting religious observances and missionary services."

You may not be aware of the century-old usage of SEVENTH-DAY ADVENTIST® by the Seventh-day Adventist® Church; however it is important that you understand that in *General Conference Corporation of Seventh-day Adventists et al. v. Raphael Perez et al.*, 97 F. Supp. 2d 1154 (S.D. Fla. 2000), Judge James Lawrence King, Jr. determined the name/mark SEVENTH-DAY ADVENTIST® and its legal equivalent, "SDA™" to be "famous." (See attached).

J. Harman
Re: Trinidad Adventist Church
July 19, 2007
Page 2

The Trademark (Lanham) Act, 15 U.S.C. § 1125 (c)(i) states in pertinent part:

> The owner of a famous mark shall be entitled ... to an injunction against another person's commercial use in commerce of a mark or trade name, if such use begins after the mark has become famous and causes dilution of the distinctive quality of the famous mark, and to obtain such other relief as is provided in this subsection.

In *Perez*, Judge King held that SEVENTH-DAY ADVENTIST® has acquired "secondary meaning through the continuous use thereof from 1860 forward... and, as such, the names SEVENTH-DAY ADVENTIST and Plaintiff's acronym SDA must be protected fully as if the names were strong at inception." (Finding 24.) In the same Finding the court stated "the mark SEVENTH-DAY ADVENTIST and Plaintiff's acronym SDA have become famous and synonymous with the good will and quality of the Seventh-day Adventist Church... and consequently the mark is entitled to broad protection."

The fact that your client uses "Seventh-day Advent" and stops short of using the entire word "Adventist®" in describing its church is simply not enough to overcome the "likelihood of confusion" burden. I am aware of your unsubstantiated allegation (no copy of the certificate accompanied your last letter), that the District of Columbia granted your client the right to register to do business under the name "Seventh-day Advent Movement Church" however your July 11, 2007 letter represents the very first time that we have heard claim of such an organization. In fact, we have been unable to locate any print references that would indicate that your client has in fact held itself out to the public by such name since December 30, 1975. In any event, operating a business under a District of Columbia registration is not a defense to Federal trademark infringement. Now that we are aware of your client's confusingly similar name, we respectfully demand that your client cease and desist from using the name "Seventh-day Advent Movement Church" to identify its religious organization.

Kindly confirm your compliance with these demands by removing the Church's registered marks from any signage, literature, domain names, websites, brochures, and from any other place, location or other use. Further, please confirm your client's compliance with the demands made in this letter, in writing, and returning it to my office within thirty (30) days.

Please understand that we are not interested in regulating your client's religious ministry. We have brought this to your attention in order to request that you cease and desist from using marks confusingly similar to registered trademarks of the Seventh-day Adventist® Church. Please also understand that if your client is unwilling to comply with our

J. Harman
Re: Trinidad Adventist Church
July 19, 2007
Page 3

request, we are prepared to vigorously defend our intellectual property rights and to pursue all remedies available to us under the law.

This letter is written without prejudice to any and all further rights of the Seventh-day Adventist® Church, including but not limited to rights to injunctive relief to obtain the cessation of your improper and illegal use of the Church's names, trademarks, service marks, or acronyms defined and identified in this letter; or any other confusingly similar use.

Sincerely,

Dionne A. Parker
Associate General Counsel

Attachments (as noted)

Int. Cls.: 41 and 42

Prior U.S. Cls.: 100 and 107

## United States Patent and Trademark Office

Reg. No. 1,218,657

Registered Nov. 30, 1982

## SERVICE MARK
### Principal Register

# ADVENTIST

The General Conference Corporation of Seventh-Day
Adventists (District of Columbia corporation)
6840 Eastern Ave., NW.
Washington, D.C. 20012

For: EDUCATIONAL INSTRUCTION SER-
VICES IN ACADEMICS AT GRADE SCHOOL,
HIGH SCHOOL AND COLLEGE LEVELS, in
CLASS 41 (U.S. Cl. 107).
First use 1894; in commerce 1894.
For: RELIGIOUS OBSERVANCES AND MIS-

SIONARY SERVICES, in CLASS 42 (U.S. Cl. 100).
First use 1860; in commerce 1860.
Owner of U.S. Reg. Nos. 1,171,760, 1,172,224,
1,176,153 and 1,177,185.
Sec. 2(f).

Ser. No. 312,118, filed May 22, 1981.

CARLISLE WALTERS, Examining Attorney

Int. Cls.: 16, 36, 41 and 42

Prior U.S. Cls.: 38, 100, 102 and 107

## United States Patent and Trademark Office

Reg. No. 1,176,153

Registered Nov. 3, 1981

## TRADEMARK
## SERVICE MARK
### Principal Register

# ADVENTIST

The General Conference Corporation of Seventh-Day
  Adventists (District of Columbia corporation)
6840 Eastern Ave., NW.
Washington, D.C. 20012

For: RELIGIOUS BOOKS, MAGAZINES,
PAMPHLETS, NEWSLETTERS, BROCHURES,
ENCYCLOPEDIAS, DICTIONARIES, COMMEN-
TARIES, FLIERS, BULLETINS, BOOKLETS
AND BIBLES, in CLASS 16 (U.S. Cl. 38).
    First use 1861; in commerce 1861.
    For: ESTABLISHMENT AND ADMINISTRA-
TION OF EMPLOYEE HEALTH CARE AND
BENEFIT PROGRAMS AND MEDICAL INSUR-
ANCE PROGRAMS, in CLASS 36 (U.S. Cl. 102).
    First use 1973; in commerce 1973.

For: FILM PRODUCTION AND DISTRIBU-
TION SERVICES, in CLASS 41 (U.S. Cl. 107).
    First use 1894; in commerce 1894.
    For: HEALTH CARE SERVICES—NAMELY,
HOSPITAL, DENTAL, PHARMACEUTICAL,
NURSING HOME, AND MEDICAL LABORA-
TORY SERVICES, in CLASS 42 (U.S. Cl. 100).
    First use 1860; in commerce 1860.

Ser. No. 261,132, filed May 7, 1980.

MARTIN MARKS, Primary Examiner

BRUCE A. TASSAN, Examiner

Int. Cls.: 16, 36, 41 and 42

Prior U.S. Cls.: 38, 100, 102 and 107

## United States Patent and Trademark Office

Reg. No. 1,177,185
Registered Nov. 10, 1981

## TRADEMARK
## SERVICE MARK
### Principal Register

# SEVENTH-DAY ADVENTIST

General Conference Corporation of Seventh-Day Adventists (District of Columbia corporation)
6840 Eastern Ave., NW.
Washington, D.C. 20012

For: RELIGIOUS BOOKS, MAGAZINES, PAMPHLETS, NEWSLETTERS, BROCHURES, ENCYCLOPEDIAS, DICTIONARIES, COMMENTARIES, FLIERS, BULLETINS, YEARBOOKS, BOOKLETS AND BIBLES, in CLASS 16 (U.S. Cl. 38).

First use 1861; in commerce 1861.

For: ESTABLISHMENT AND ADMINISTRATION OF EMPLOYEE HEALTH CARE AND BENEFIT PROGRAMS AND MEDICAL INSURANCE PROGRAMS, in CLASS 36 (U.S. Cl. 102).

First use 1973; in commerce 1973.

For: EDUCATIONAL INSTRUCTION SERVICES IN ACADEMICS AT GRADE SCHOOL, HIGH SCHOOL AND COLLEGE LEVEL; FILM PRODUCTION AND DISTRIBUTION SERVICES, in CLASS 41 (U.S. Cl. 107).

First use 1894; in commerce 1894.

For: HEALTH CARE SERVICES—NAMELY, HOSPITAL, DENTAL, PHARMACEUTICAL, NURSING HOME, AND MEDICAL LABORATORY SERVICES; CONDUCTING RELIGIOUS OBSERVANCES AND MISSIONARY SERVICES, in CLASS 42 (U.S. Cl. 100).

First use 1860; in commerce 1860.

Ser. No. 261,134, filed May 7, 1980.

MARTIN MARKS, Primary Examiner

BRUCE A. TASSAN, Examiner

Int. Cls.: 16, 36, 41 and 42

Prior U.S. Cls.: 38, 100, 102 and 107

**United States Patent and Trademark Office**

Amended

Reg. No. 1,177,185
Registered Nov. 10, 1981
OG Date Aug. 21, 1990

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

## SEVENTH-DAY ADVENTIST

GENERAL CONFERENCE CORPORA-
TION OF SEVENTH-DAY ADVENT-
ISTS (D.C. CORPORATION)
12501 OLD COLUMBIA PIKE
SILVER SPRING, MD 209046600

NO CLAIM IS MADE TO THE EXCLU-
SIVE RIGHT TO USE "ADVENTIST",
APART FROM THE MARK AS SHOWN.
SEC. 2(F).
FOR: RELIGIOUS BOOKS, MAGA-
ZINES, PAMPHLETS, NEWSLETTERS,
BROCHURES, ENCYCLOPEDIAS, DIC-
TIONARIES, COMMENTARIES, FLIERS,
BULLETINS, YEARBOOKS, BOOKLETS
AND BIBLES, IN CLASS 16 (U.S. CL. 38).
FIRST USE 0-0-1861; IN COMMERCE
0-0-1861.
FOR: ESTABLISHMENT AND AD-
MINISTRATION OF EMPLOYEE
HEALTH CARE AND BENEFIT PRO-
GRAMS AND MEDICAL INSURANCE
PROGRAMS, IN CLASS 36 (U.S. CL. 102).

FIRST USE 0-0-1973; IN COMMERCE
0-0-1973.

FOR: EDUCATIONAL INSTRUCTION
SERVICES IN ACADEMICS AT GRADE
SCHOOL, HIGH SCHOOL AND COL-
LEGE LEVEL; FILM PRODUCTION
AND DISTRIBUTION SERVICES, IN
CLASS 41 (U.S. CL. 107).
FIRST USE 0-0-1894; IN COMMERCE
0-0-1894.

FOR: HEALTH CARE SERVICES—
NAMELY, HOSPITAL, DENTAL, PHAR-
MACEUTICAL, NURSING HOME, AND
MEDICAL LABORATORY SERVICES;
CONDUCTING RELIGIOUS OBSERV-
ANCES AND MISSIONARY SERVICES ,
IN CLASS 42 (U.S. CL. 100).
FIRST USE 0-0-1860; IN COMMERCE
0-0-1860.

SER. NO. 73-261,134, FILED 5-7-1980.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Aug. 21, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**Nearby Cities:** Alexandria  Baltimore  Durham
Hampton  Newport News  Norfolk  Richmond  Roanoke
Virginia Beach  Winston-Salem

Home
Yellow Pages
White Pages
Artists
Bands
Events
Sports
Crime
ZIP Codes
• Blog
• Video
Business
Jobs

Other Info

Attractions
Restaurants
Maps
Weather
Real Estate
Movies
• Cars
Dating
Chat
Classifieds
News
Apartments
Rental Homes

Top > Community & Government > CHURCHES, ADVENTIST

**Business Search**
Choose a Category:

All Categories

Business/Keyword:

Submit

**Rate a Business**

These people have:
Joseph B. (2)
Frank G. (1)
Norman W. (1)
Yomna S. (1)
Iris R. (1)
Lisa M. (1)
Robyn C. (1)
Robert C. (1)
Carrie W. (1)
Mitchell J. (1)

...more

## CHURCHES, ADVENTIST
### Washington, District of Columbia Yellow Pages.
### Washington District of Columbia Community & Government Directory

Just Religious Goods
All the Religious Goods You Want. Find The Right Religious Goods
Here!
**Religious.Goods.TrueLocal.com**

Religious Goods Stores
Find online religious goods stores. See our religious goods guide.
**religiousgoodsstores.com**

C M Almy
Outfitters to the Church and Clergy.
**www.almy.com**                    **phone**
**email**

Find Religious Statue Deals
Looking for Religious Statue Deals? We have them. Compare now
The Bible

Adventist Church Legislative Affairs Office        **Send to Mobile**
(202) 546-8234                                     Rate this Business
110 Maryland Ave NE                                **map It!**
Washington, DC 20002

Capital Memorial Seventh-Day Adventist Church      **Send to Mobile**
(202) 362-3668                                     Rate this Business
3150 Chesapeake St NW                              **map It!**
Washington, DC 20008

Capital Spanish 7th Day Adventist Church           **Send to Mobile**
(202) 829-3039                                     Rate this Business
4800 16th St NW                                    **map It!**
Washington, DC 20011

Capitol Hill Seventh Day Adventist Church          **Send to Mobile**
(202) 543-1344                                     Rate this Business
914 Massachusetts Ave NE                           **map It!**
Washington, DC 20002

Dupont Park Seventh-Day Adventist Church           **Send to Mobile**
(202) 583-7416                                     Rate this Business
3985 Massachusetts Ave SE                          **map It!**
Washington, DC 20019

Religious Goods
Find and Compare prices on
religious goods at
Smarter.com.
www.smarter.com
Religious Goods
Huge Variety Of religious
goods. Direct Buy Online At 40%
Discount! PayPal payment and
express shipping. The famous
B2B platform.
www.DHgate.com
Religious Goods
We Offer 1,500+ Spiritual Beauty
Choices. Deals On Religious
goods.
www.BizRate.com
Buy Thabor at O'byrne
Religious Goods
View our large online selection of
Thabors, Monstrances,
Ostensoria, and Reliquaries. Free
shipping available for all orders
over $40.00 (some restrictions
apply).
www.obyrnereligiousgoods.com
Religious Goods
Find and Compare prices on
religious goods at
Smarter.com.
www.smarter.com
St. Jude Religious Gifts
and Items
St. Jude Religious Store is the
perfect place to find religious
medals, statues, rosary beads,
crucifixes, nativity sets and other
fine religious goods.
www.st-jude.com

MarketPlace

Career/Online Education
FREE Online Dating
Sports Nutrition
Vacation Rentals
Apartments
Rental Homes
Home Loans
Credit Cards
Lawyers
Credit Reports
Find Roommates
Debt Consolidation
Insurance Agents
Tickets
Equity Line



Advertise Here



Advertise Here



Advertise Here



Advertise Here

**Small Business Center**

Free Micro-Website
Start your free account now

A Random Small Business



dcguitarlessons

**MarketPlace**

Drug Treatment
Health Insurance
Car Loans
Auto Insurance
Life Insurance
Refinance
Home Insurance
Cash Advances
Home Security
Investment Advice
DSL Providers
Debt Consolidation
Teeth Whitening
Wedding Directory
Student Loans
Flowers - Florist
Savings Account
Online Education
Search More

**New Washington Mobile Site**

HelloWashingtonDC.mobi

This version of our
Washington website fits on
your cell phone. Look up
Yellow Pages and White
pages and more from your
cell phone. Just use .mobi

First Seventh Day Adventist Church
(202) 723-9874
810 Shepherd St NW
Washington, DC 20011

**Send to Mobile**
Rate this Business
**map it!**

Fourth Street Friendship Seventh Day Adventist
(202) 797-9255
1611 4th St NW
Washington, DC 20001

**Send to Mobile**
Rate this Business
**map it!**

Mt Zion Commandment Ministry Inc
(202) 399-8110
1222 Maryland Ave NE
Washington, DC 20002

**Send to Mobile**
Rate this Business
**map it!**

Righteous Branch Commandment Church
(202) 561-3780
141 Xenia St SW
Washington, DC 20032

**Send to Mobile**
Rate this Business
**map it!**

Tabanacl Seventh Day Movement Church
(202) 562-6200
3602 Martin Luther King J
Washington, DC 20032

**Send to Mobile**
Rate this Business
**map it!**

Takoma Park Seventh Day Adventist Church
(202) 829-4800
6810 Eastern Ave NW
Washington, DC 20012

**Send to Mobile**
Rate this Business
**map it!**

Temple Rock of Ages Assembly of Yahweh
(202) 397-1300
1300 I St NE
Washington, DC 20002

**Send to Mobile**
Rate this Business
**map it!**

The First Church of Seventh Day Adventist
(202) 829-2075
810 Shepherd St NW
Washington, DC 20011

**Send to Mobile**
Rate this Business
**map it!**

The Tabernacle Adventist Chrch
(202) 563-2999
3608 Martin Luther King J
Washington, DC 20032

**Send to Mobile**
Rate this Business
**map it!**

The Tabernacle Church Seventh Day Adventist
(202) 562-5600
3600 Martin Luther King J
Washington, DC 20032

**Send to Mobile**
Rate this Business
**map it!**

Trinidad Adventist Church
(202) 388-0888
1201 Staples St NE
Washington, DC 20002

**Send to Mobile**
Rate this Business
**map it!**

- Lasik Eye Surgey
- Bankruptcy Help
- Moving Companies
- New Used Cars
- Search More

**Try out hairstyles and makeup online**



**Get Noticed!**

Advertise on HelloMetro Yellow Pages in a few easy steps!

Sign Up Now

**HelloMetro**
Your Local
Yellow Pages & City Guide


Cash Advances Payday Loans


Credit Cards
Quick and Easy


Stock Investing


Advertise Here

apartments.com.
Advertise Here

Churches African Methodist Episcopal Ame in Washington DC - Yell...    http://www.yellowpagecity.com/DC/Washington/Churches+Afric...

 **YellowPageCity**.com

( • ) Category ( ) Business Name    [FIND]

| City Home Page | Yellow Pages | White Pages | Job Search | Travel | Classifieds | Shopping | Add or Update Your Listing | Change City |

---

**Washington DC Churches African Methodist Episcopal Ame**    Page 362 of 1326

## Churches (Cont)

**St Aloysius Church**
MAP 19 I St NW Washington DC 20001
202-336-7200

**St Gregory The Great Church**
MAP Washington VA    703-641-8446

**St John United Baptist Church**
MAP 6343 13th St NW Washington DC 20011
202-829-1108
202-726-9748

**St Mary Zion Church**
MAP 1339 C St NE Washington DC 20002
202-543-2031

**St Nicholas Orthodox Cathedral**
MAP 3512 Massachusetts Ave NW Washington DC
202-965-3788

**Sword of The Spirit Church of God**
MAP 3905 Georgia Ave NW Washington DC 20011
202-829-4499

**Tavlarides John T Rev**
MAP 6631 31st Pl NW Washington DC 20015
202-966-2960

**Taylor K Rev**
MAP 1562 Meridian Pl NW Washington DC 20010
202-265-3456

**The Bible Way Temple**
MAP 1100 New Jersey Ave NW Washington DC 20C
202-789-0700

**The Grace Apostolic Churc**
MAP 915 Alabama Ave SE Washington DC 20032
202-563-0847

*Yellow Pages work 24 Hours a day.*

**The United Church**
MAP 1920 G St NW Washington DC 20006
202-530-0408

**Tried Stone Church of Christ**
MAP 417 9th St SE Washington DC 20003
202-544-3471

**Trinidad Adventist Church**
MAP 1201 Staples St NE Washington DC 20002
202-388-0888

**Union Temple Baptist Church**
MAP 1245 W St SE Washington DC 20020
202-678-8163
202-889-0538

**Union Temple Baptist Church Akoma Project**
MAP 1251 W St SE Washington DC 20020
202-889-1381

**United Holiness Deliverance Church of God**
MAP 825 Kennedy St NW Washington DC 20011
202-723-3096

**United House of Prayer**
MAP 628 M St NW Washington DC 20001
202-289-9890

MAP 1721 7th St NW Washington DC 20001
202-332-0647

**United House of Prayer for All**
MAP 601 M St NW Washington DC 20001
202-789-2289

**United House of Prayer for All Peop**
MAP 1320 5th St NW Washington DC 20001
202-232-0413

MAP 801 M St NW Washington DC 20001
202-769-0995

**United House of Prayer for All People**
MAP 1320 5th St NW Washington DC 20001
202-332-3670

MAP 1255 Okie St NE Washington DC 20002
202-289-0589

MAP 1117 7th St NW Washington DC 20001
202-289-0238

MAP 602 Emmanuel Ct NW Washington DC 20001
202-842-4412

**Washington Seventh Day Baptist Church**
MAP 4700 16th St NW Washington DC 20011
202-291-7002

**Way of The Cross Church of Christ The**
MAP 332 9th St NE Washington DC 20002
202-543-8730

### Churches Adventist

**Adventist Singles Photos**
Meet Adventist Singles Online.
View Photos, Chat, Email & More.

**Meet Adventist Singles**

**Adventist Church Legislative Affairs Office**
MAP 110 Maryland Ave NE Washington DC 20002
202-546-8234

**Capital Spanish 7th Day Adventist Church**
MAP 4800 16th St NW Washington DC 20011
202-829-3039

**Tabanacl Seventh Day Movement Church**
MAP 3602 Martin Luther King Jr Ave SE Washington
202-562-6200

## Churches African Methodist Episcopal Ame

### Hood Temple Zion AME Church, Tampa FL
We desire to be a community of believers who witness to the power of the Gospel of Jesus Christ and

**Allen Chapel Ame Church**
MAP 2498 Alabama Ave SE Washington DC 20020
202-889-7298

**Ame Church Finance Department**
MAP Washington DC 20001
202-371-6700

**Beth Shalom Ame Zion**
MAP 1249 Bladensburg Rd NE Washington DC 20C
202-399-4357

**Brown Memorial Ame Church**
MAP 1363 Constitution Ave NE Washington DC 20002
202-543-0473

MAP 130 14th St NE Washington DC 20002
202-543-9658

**Calvary Ame Chruch**
MAP Washington DC    202-547-9444

**Campbell A M E Church**
MAP 2562 Martin Luther King Jr Ave SE Washington
202-889-3006

**Campbell A M E Church Administrative Office**
MAP 2568 Martin Luther King Jr Ave SE Washington
202-889-3877
Fax: 202-678-1291

---

YellowPageCity.com is the Official Online Network of Local Yellow Pages

© 2002 - 2007 Yellow Page City, Inc. All Rights Reserved. Business data provided by Amacai.

**BBBOnLine**
**RELIABILITY**
**PROGRAM**
We are a proud member of
the Better Business Bureau

# Washington, D.C.

## Church Of God

http://www.churchangel.com/WEBDC/washdc2.htm

**Salvation Army**

**Seventh-day Adventist**

**United Church Of Christ**

7/13/2007 11:08 AM



## washingtonpost.com

Sign in | Register Now

### The Washington Post
Print Edition | Subscribe

Advertisement

Get away faster with double reward miles.

CapitalOne | what's in your wallet?

NEWS | POLITICS | OPINIONS | LOCAL | SPORTS | ARTS & LIVING | CITY GUIDE

JOBS | CARS | REAL ESTATE | RENTALS | CLASSIFIEDS

## Yellow Pages  Washington, DC Staples

home | popular searches | popular places

**Other Categories:**
Apartments
Attorneys
Auto Dealers
Auto Insurance
Auto Parts
Auto Repair
Bars & Lounges
Beauty Salons
Car Rental
Colleges
Contractors
Dentists
Florists
Furniture
Hotels
Insurance
Loans
Massage
Mortgages
Movers
Night Clubs
Pizza
Plastic Surgery
Plumbers
Real Estate
Restaurants
Storage
Tickets
**More Categories...**

**Browse by Location:**
DC
Maryland
Virginia

### washingtonpost.com

**City Guide**
Search local events and get expert reviews of movies, bars, restaurants and more.

**Real Estate**
Search local homes for sale, apartments for

### Search Local and National Businesses

| Keywords or Business | City, State or ZIP |
| --- | --- |
| Staples | Washington, DC |
| e.g., restaurants, plumbers | e.g., Washington, DC or 20005 |

See Also:  Copying & Duplicating    More>>

OfficeMax
Supplies, Furniture & Technology. Free Shipping on orders over $50!
www.officemax.com

**Staples in Washington, DC**          Result 1 - 10 of 85

**Staples The Office Superstore**          Map .30 miles
(202) 638-3907
Herald Sq Bldg 1, Washington, DC 20001
Office Equipment & Supply Stores • ...more

**Staples**          Map .92 miles
(202) 638-3907
1250 H St NW, Washington, DC 20005
Office Equipment & Supply Stores • ...more
www.staples.com

**Trinidad Adventist Church**          Map 2.17 miles
(202) 388-0888
1201 **Staples** St NE, Washington, DC 20002
Churches: Adventist

**Staples**          Map 3.42 miles
(202) 337-8179
3307 M St NW, Washington, DC 20007
Office Equipment & Supply Stores • ...more
www.staples.com

**Staples The Office Superstore - Georgetown**          Map 3.42 miles
(202) 337-8178
3307 M St NW, Washington, DC 20007
Office Equipment & Supply Stores • ...more



Advertisement

HOME RUNS ROLL OVER TO PLAY

TLC

Major getaways. Minor prices - GO!  ORBITZ

# EXHIBIT 8

**Buchanan Ingersoll & Rooney** PC
Attorneys & Government Relations Professionals

**Bassam N. Ibrahim**
703 838 6584
bassam.ibrahim@bipc.com

P.O. Box 1404
Alexandria, VA 22313-1404

1737 King Street, Suite 500
Alexandria, VA 22314-2727
T 703 836 6620
F 703 836 2021
www.buchananingersoll.com

July 24, 2008

*For Settlement Purposes Only,*
*Without Prejudice*

**VIA FACSIMILE AND REGULAR MAIL**
John H. Harmon
Coggins, Harmon and Hewitt
8905 Fairview Road, Suite 800
Washington, DC 20910-4171

Re:    Trinidad Adventist Church
       Our Reference: 1034138-000213

Dear Mr. Harmon:

We represent the General Conference Corporation of Seventh-Day Adventists (hereinafter the "Church") in intellectual property matters. The Church is a global organization of over 60,000 member churches with over 15 million members worldwide. Only the Church's authorized member churches are allowed to refer to themselves as "Adventist" or "Seventh-Day Adventist" churches.

The Church owns numerous trademark registrations in the United States and worldwide for its ADVENTIST and SEVENTH DAY ADVENTIST (hereinafter the "ADVENTIST Marks"), including U.S. Registration Nos. 1,176,153; 1,177,855; 1,218,657. The Church has used these marks in commerce in the United States continuously since at least as early as 1860. As a result of the Church's longstanding, continuous, and substantially exclusive use of these marks, the ADVENTIST Marks, and the associated acronym SDA, have become highly distinctive of our client's goods and services. In addition, some of the ADVENTIST Marks have become "famous" as that term is understood in U.S. trademark law, as recognized by the court in *General Conference Corp. of Seventh-Day Adventists v. Perez*, 97 F. Supp. 2d 1154 (S.D. Fla. 2000).

We are writing to you regarding your client, Trinidad Adventist Church's use of the "Adventist " and/or "Seventh Day Advent" marks. The Church has sent several letters to your client, as well as to yourself and Mr. Jonathan Windle, in an effort to reach an amicable resolution to this matter. However, despite Mr. Windle's assurances that your client was willing to comply with the Church's demands, your client has failed to take any steps to reach a peaceful resolution. Your letter of July 11, 2007 was not an acceptable response to our client's demands, and the Church's response of July 18, 2007 went unanswered.

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

John H. Harmon
July 24, 2008
Page 2

Your allegation that your client only uses the name "Trinidad Seventh-Day Advent Church" is not supported by the evidence. As explained in our client's letter of July 13th, 2007, there are numerous online directories listing your client as "Trinidad Adventist Church." We have confirmed that the Washington Post Yellow Pages, yellowpagecity.com, allpages.com, local.com, yellowbot.com, and openlist.com, among others, are still identifying your client as "Trinidad Adventist Church" as of today. Moreover, your client's original attorney, Jonathan Windle, confirmed that your client was known as "Trinidad Adventist Church."

Furthermore, even if your client is only using the name "Trinidad Seventh-Day Advent Church," this name is still likely to lead consumers to believe that your client's church is affiliated with, sponsored by, licensed by, or otherwise associated with the Church, due to our client's rights in the famous ADVENTIST marks.

Therefore, your client's use of the names "Trinidad Adventist Church" and/or "Trinidad Seventh-Day Advent Church" constitutes trademark infringement, unfair competition, false designation of origin, and dilution in violation of 15 U.S.C. §1114(a), 15 U.S.C. §1125(a), and 15 U.S.C. §1125(d).

Please be advised that your client's continued use of these names, despite its knowledge of the Church's objections constitutes "willful infringement" entitling the Church to treble damages in any court action necessary to enforce its rights.

Therefore, in order to prevent any further consumer confusion and damage to the Church's mark and goodwill, we demand that your client agree to take the following steps:

i)   Immediately cease referring to itself as "Trinidad Adventist Church" and/or "Trinidad Seventh-Day Advent Church";

ii)  Select a new name which does not contain the terms ADVENTIST, ADVENT, SEVENTH-DAY, or any other terms which are likely to be confused with our client's ADVENTIST Marks, and submit the name to the Church for approval prior to commencing use of the name;

iii) Request the owners of any online directories, web sites, or print directories referring to your client as either "Trinidad Adventist Church" and/or "Trinidad Seventh-Day Advent Church" to edit these web pages and/or directories to immediately change or remove any such references, and provide us with written copies of these requests;

iv)  Destroy all printed materials in your client's possession and/or control referring to itself as "Trinidad Adventist Church" and/or "Trinidad Seventh-Day Advent Church";

v)   Agree in writing never to refer to itself as "Trinidad Adventist Church" and/or "Trinidad Seventh-Day Advent Church" at any time in the future.

John H. Harmon
July 24, 2008
Page 3


     We look forward to receiving written confirmation that your client will take these steps within five (5) days of the date of this letter.

     If you have any questions or wish to discuss this matter, please feel free to contact us.  This letter is without prejudice to the rights of the Church.

     Sincerely,

     Bassam N. Ibrahim

BNI/BJM

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

## I (a) PLAINTIFFS

GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS AND GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS,

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Bassam N. Ibrahim (D.C. Bar # 415502) 703-838-6584 (Bassam.Ibrahim@bipc.com)
S. Lloyd Smith (D.C. Bar # 454606) 703-838-6514 (Lloyd.Smith@bipc.com)
Bryce J. Maynard 703-838-6625 (Bryce.Maynard@bipc.com)
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727

## DEFENDANTS

TRINIDAD ADVENTIST CHURCH a/k/a TRINIDAD SEVENTH-DAY ADVENT CHURCH,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT 11001
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
◉ 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

○ **A. Antitrust**
☐ 410 Antitrust

○ **B. Personal Injury/ Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

◉ **E. General Civil (Other)** OR ○ **F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☒ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ **530 Habeas Corpus-General**<br>☐ **510 Motion/Vacate Sentence** | ☐ **442 Civil Rights-Employment**<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ **895 Freedom of Information Act**<br>☐ **890 Other Statutory Actions**<br>(if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ **152 Recovery of Defaulted Student Loans (excluding veterans)** |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ **710 Fair Labor Standards Act**<br>☐ **720 Labor/Mgmt. Relations**<br>☐ **730 Labor/Mgmt. Reporting & Disclosure Act**<br>☐ **740 Labor Railway Act**<br>☐ **790 Other Labor Litigation**<br>☐ **791 Empl. Ret. Inc. Security Act** | ☐ **441 Voting (if not Voting Rights Act)**<br>☐ **443 Housing/Accommodations**<br>☐ **444 Welfare**<br>☐ **440 Other Civil Rights**<br>☐ **445 American w/Disabilities-Employment**<br>☐ **446 Americans w/Disabilities-Other** | ☐ **110 Insurance**<br>☐ **120 Marine**<br>☐ **130 Miller Act**<br>☐ **140 Negotiable Instrument**<br>☐ **150 Recovery of Overpayment & Enforcement of Judgment**<br>☐ **153 Recovery of Overpayment of Veteran's Benefits**<br>☐ **160 Stockholder's Suits**<br>☐ **190 Other Contracts**<br>☐ **195 Contract Product Liability**<br>☐ **196 Franchise** | ☐ **441 Civil Rights-Voting (if Voting Rights Act)** |

**V. ORIGIN**

⊙ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

Action for trademark infringement, trademark dilution, and unfair competition under the Lanham Act; and unfair competition under D.C. common law

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   **DEMAND $** _____   Check YES only if demanded in compla

**JURY DEMAND:** YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY** (See instruction)   YES ☐  NO ☒   If yes, please complete related case form.

DATE  August 12, 2008   SIGNATURE OF ATTORNEY OF RECORD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.