CO-386-online
10/03

# United States District Court
# For the District of Columbia

GENERAL CONFERENCE CORPORATION OF )
SEVENTH-DAY ADVENTISTS AND GENERAL )
CONFERENCE OF SEVENTH-DAY ADVENTISTS, )
                              Plaintiff )
       vs )    Civil Action No._____
       )
TRINIDAD ADVENTIST CHURCH a/k/a )
TRINIDAD SEVENTH-DAY ADVENT CHURCH, )
                              Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __S. Lloyd Smith__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Plaintiffs' (shown above)__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

454606
BAR IDENTIFICATION NO.

S. Lloyd Smith
Print Name

1737 King Street, Suite 500
Address

Alexandria, VA 22313-2727
City    State    Zip Code

703-838-6514
Phone Number