AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 8/13/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| LLOYD THOMPSON | PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: DAVID HUBBARD
1201 STAPLES STREET N.E. WASH, D.C. 20002

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/14/08         _Lloyd Thompson_
              Date            Signature of Server

1220 L St. N.E. Wash, D.C. 20005
Suite 100-204
Address of Server

Case: 1:08-cv-01402
Honorable Emmet G. Sullivan

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

#1537637-v1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 8/13/08 |
| NAME OF SERVER *(PRINT)* LLOYD THOMPSON | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: DAVID HUBBARD, REGISTERED AGENT 1201 STAPLES STREET N.E. WASH, D.C. 20002

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/14/08   *Lloyd Thompson*
            Date       Signature of Server

1220 L St. N.W. Suite 100-204 Wash, D.C. 20005
Address of Server

Case: 1:08-cv-01402
Honorable Emmet G. Sullivan

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

#1537637-v1