IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS and GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS, 12501 Old Columbia Pike Silver Spring, Maryland 20904-6600, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:08-cv-01402 (EGS) |
| v. | ) ) | |
| TRINIDAD ADVENTIST CHURCH a/k/a TRINIDAD SEVENTH-DAY ADVENT CHURCH, 1201 Staples Street NE Washington, DC 20002, | ) ) ) ) ) ) | |
| Defendant. | ) | |

## **ERRATA**

Due to a clerical error we inadvertently did not identify with our filing with the Court on August 14, 2008 the named Defendant on the Return of Service on Defendant. We apologize for any burden placed upon the Court and submit herewith the first and second page of the Return of

Service. Mr. David Hubbard identified himself as an individual capable of receiving legal documents on behalf of the Defendant. Mr. Hubbard was also served as the Registered Agent.

        Respectfully submitted,

        GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS
        and
        GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS

By: _____
    Bassam N. Ibrahim (D.C. Bar # 415582)
    S. Lloyd Smith (D.C. Bar # 454606)
    Bryce J. Maynard
    BUCHANAN INGERSOLL & ROONEY PC
    1737 King St.
    Suite 500
    Alexandria, Virginia 22314-2727
    (703) 836-6620

OF COUNSEL:
John Korns (D.C. Bar # 142745)
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, N.W., Suite 300
Washington, DC 20006-3807
(202) 452-7900

        Attorneys for Plaintiffs

Date: August 15, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **ERRATA** was served this 15th day of August, 2008 by first-class mail, postage prepaid, on:

> John H. Harman
> Coggins, Harman & Hewitt
> Suite 600
> 8905 Fairview Road
> Silver Spring, MD  20910-4171
> 301-587-2880
>
> Trinidad Adventist Church A/K/A
> Trinidad Seventh-Day Advent Church
> 1201 Staples Street NE
> Washington, DC  20002

_____
Colleen Hall

AO 440 (Rev. ) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SUMMONS IN A CIVIL CASE

GENERAL CONFERENCE CORPORATION
OF SEVENTH-DAY ADVENTISTS and GENERAL
CONFERENCE OF SEVENTH-DAY ADVENTISTS

Case: 1:08-cv-01402
Assigned To : Sullivan, Emmet G.
Assign. Date : 8/12/2008
Description: General Civil

V.

TRINIDAD ADVENTIST CHURCH a/k/a TRINIDAD
SEVENTH-DAY ADVENT CHURCH

CASE NUMBER:

TO: (Name and address of Defendant)

Trinidad Adventist Church a/k/a Trinidad Seventh-Day Advent Church

1201 Staples Street, NE

Washington, D.C. 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

S. Lloyd Smith

BUCHANAN INGERSOLL & ROONEY PC

1737 King Street, Suite 500

Alexandria, VA 22314-2727

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    AUG 12 2008

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 8/13/08 |
| NAME OF SERVER *(PRINT)* LLOYD THOMPSON | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

served: DAVID HUBBARD

☐ Served personally upon the defendant. Place where 1201 STAPLES STREET N.E. WASH, D.C. 20002

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/14/08            *Lloyd Thompson*
                Date              Signature of Server

                1220 L St. N.E. Wash, D.C. 20005
                Suite 100-204
                Address of Server

Case: 1:08-cv-01402
Honorable Emmet G. Sullivan

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

#1537637-v1

AO 440 (Rev.  ) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SUMMONS IN A CIVIL CASE

GENERAL CONFERENCE CORPORATION
OF SEVENTH-DAY ADVENTISTS and GENERAL
CONFERENCE OF SEVENTH-DAY ADVENTISTS

Case: 1:08-cv-01402
Assigned To : Sullivan, Emmet G.
Assign. Date : 8/12/2008
Description: General Civil

V.

TRINIDAD ADVENTIST CHURCH a/k/a TRINIDAD
SEVENTH-DAY ADVENT CHURCH

CASE NUMBER:

TO: (Name and address of Defendant)

Trinidad Adventist Church a/k/a Trinidad Seventh-Day Advent Church

1201 Staples Street, NE

Washington, D.C. 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

S. Lloyd Smith

BUCHANAN INGERSOLL & ROONEY PC

1737 King Street, Suite 500

Alexandria, VA 22314-2727

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    AUG 12 2008

CLERK                                                                            DATE

(By) DEPUTY CLERK

Case 1:08-cv-01402-EGS   Document 3   Filed 08/15/2008   Page 2 of 4

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | 8/13/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| LLOYD THOMPSON | PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: DAVID HUBBARD, REGISTERED AGENT 1201 STAPLES STREET N.E. WASH, D.C. 20002

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/14/08    *Lloyd Thompson*
             Date        Signature of Server

1220 L St. N.W. Suite 100-204 Wash, D.C. 20005
Address of Server

Case: 1:08-cv-01402
Honorable Emmet G. Sullivan

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

#1537637-v1