**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GENERAL CONFERENCE | ) | |
| CORPORATION OF SEVENTH-DAY | ) | |
| ADVENTISTS and GENERAL CONFERENCE | ) | |
| OF SEVENTH-DAY ADVENTISTS | ) | |
| | ) | |
| Plaintiffs | ) | Case No. 1:08-cv-01402 |
| | ) | SULLIVAN, EMMET G. |
| v. | ) | |
| | ) | |
| TRINIDAD ADVENTIST CHURCH a/k/a | ) | |
| TRINIDAD ADVENT CHURCH | ) | |
| | ) | |
| Defendant | ) | |

**JOINT CONSENT MOTION FOR 30-DAY EXTENSION OF TIME**
**FOR DEFENDANT TO RESPOND TO COMPLAINT**

Plaintiffs General Conference Corporation of Seventh-Day Adventists and General Conference of Seventh-Day Adventists ("Plaintiffs"), by their attorneys Bassam N. Ibrahim, Esquire, S. Lloyd Smith, Esquire, Bryce J. Maynard, Esquire and Buchanan Ingersoll & Rooney PC, on the one hand, and Defendant Trinidad Seventh-Day Advent Movement Church, incorrectly identified as "Trinidad Adventist Church a/k/a Trinidad Advent Church" ("Defendant"), by its attorneys John H. Harman, Esquire and Coggins, Harman & Hewitt, on the other hand, hereby jointly move for a thirty (30) day extension of time for Defendant to respond to the Complaint filed herein on August 12, 2008.  In support of the parties' joint consent motion, counsel for all parties state as follows:

1.       Plaintiffs have sued Defendant for infringement under the Lanham Act (15 U.S.C. § 1114), unfair competition under the Lanham Act (15 U.S.C. § 1125(a)), unfair competition under District of Columbia law, and dilution under the Lanham Act (15 U.S.C. § 1125(c)).

2.      According to the Return of Service filed herein as Document # 3, and the Errata filed herein as Document # 4, the summons and a copy of the Complaint were served upon Defendant on August 13, 2008, by serving David Hubbard.

3.      Defendant, a church and non-profit corporation with limited resources, was only recently able to retain counsel to represent it in this matter and because of vacation schedules and the intervening Labor Day Weekend, Defendant and its officers, trustees and designated members will not have adequate opportunity to meet with counsel and prepare a response to the Complaint by the September 2, 2008 deadline.

4.      This joint request for an extension of time for Defendant to respond to the Complaint is being filed before the original time for a response expires, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure.

5.      The Parties, through their counsel, have agreed that the time in which Defendant may respond to the Complaint may be extended through and including October 2, 2008.

6.      The parties jointly request that the Court extend the time in which Defendant may respond to the Complaint through and including October 2, 2008.


Dated: September 2, 2008                    Respectfully submitted,


/s/ S. Lloyd Smith_____         /s/ John H. Harman_____
Bassam N. Ibrahim (D.C. Bar 415502)         John H. Harman (D.C. Bar 034405)
S. Lloyd Smith (D.C. Bar 454606)            COGGINS, HARMAN & HEWITT
Bryce J. Maynard                            8905 Fairview Road, Suite 600
BUCHANAN INGERSOLL & ROONEY PC              Silver Spring, MD 20910
1737 King Street, Suite 500                 Phone: (301) 587-2880
Alexandria, VA 22314-2727                   Facsimile: (301) 495-4990
Phone: (703) 836-6620                       Email: chhlaw587@aol.com

Counsel for Plaintiffs                      Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of September 2008, I served a true and correct copy of the foregoing Joint Consent Motion for 30-Day Extension of Time for Defendant to Respond to Complaint electronically via the Court's ECF system and via regular U.S. mail on counsel for Plaintiff as follows:

> Bassam N. Ibrahim, Esquire
> S. Lloyd Smith, Esquire
> Bryce J. Maynard, Esquire
> BUCHANAN INGERSOLL & ROONEY PC
> 1737 King Street, Suite 500
> Alexandria, VA 22314-2727
>
> John Korns, Esquire
> BUCHANAN INGERSOLL & ROONEY PC
> 1700 K Street, N.W., Suite 300
> Washington, DC 20006-3807

> /s/ John H. Harman_____
> John H. Harman (D.C. Bar 034405)

L:\Hubbard\JointConsentMotionExtend.doc

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GENERAL CONFERENCE | ) | |
| CORPORATION OF SEVENTH-DAY | ) | |
| ADVENTISTS and GENERAL CONFERENCE | ) | |
| OF SEVENTH-DAY ADVENTISTS | ) | |
| | ) | |
| Plaintiffs | ) | Case No. 1:08-cv-01402 |
| | ) | SULLIVAN, EMMET G. |
| v. | ) | |
| | ) | |
| TRINIDAD ADVENTIST CHURCH a/k/a | ) | |
| TRINIDAD ADVENT CHURCH | ) | |
| | ) | |
| Defendant | ) | |

**JOINT CONSENT ORDER EXTENDING TIME**
**FOR DEFENDANT TO RESPOND TO COMPLAINT**

Upon consideration of the Joint Consent Motion for 30-Day Extension of Time for Defendant to Respond to Complaint filed herein by the parties, the Joint Consent Motion having been filed pursuant to Fed. R. Civ. P. Rule 6(b)(1)(A) before the original time for a response expired, and just cause appearing for the extension of time requested,

IT IS HEREBY ORDERED that the Joint Consent Motion is GRANTED.

IT IS FURTHER ORDERED that Defendant has until October 2, 2008 to respond to the Complaint.

Dated: _____, 2008

_____
EMMET G. SULLIVAN
U.S. District Court Judge

1

Copies via electronic delivery to:


Bassam N. Ibrahim, Esquire
S. Lloyd Smith, Esquire
Bryce J. Maynard, Esquire
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727
*Counsel for Plaintiffs*

John Korns, Esquire
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, N.W., Suite 300
Washington, DC 20006-3807
*Counsel for Plaintiffs*

John H. Harman, Esquire
COGGINS, HARMAN & HEWITT
8905 Fairview Road, Suite 600
Silver Spring, MD 20910
*Counsel for Defendant*

L:\Hubbard\Order.JointConsentMotionExtend.doc