CO-386-online
10/03

# United States District Court
# For the District of Columbia

GENERAL CONFERENCE CORPORATION OF )
SEVENTH-DAY ADVENTISTS AND GENERAL )
CONFERENCE OF SEVENTH-DAY ADVENTISTS )
)
                        Plaintiff  )   Civil Action No. 1:08-cv-01402-EGS
VS )
)
TRINIDAD ADVENTIST CHURCH a/k/a )
TRINIDAD SEVENTH-DAY ADVENT )
CHURCH )
)
                       Defendant  )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for _Trinidad Seventh-Day Advent Movement Church,_ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _Trinidad Seventh-Day Advent Movement Church_ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

                                          Attorney of Record
                                          Signature

034405                                   John H. Harman
BAR IDENTIFICATION NO.          Print Name

                                          8905 Fairview Road, Suite 600
                                          Address

                                          Silver Silver Spring, MD 20910
                                          City           State         Zip Code

                                          (301) 587-2880
                                          Phone Number